UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1, LLC, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No.: <u>1:26-cv-10156</u> |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF BRUCE K. CARLISLE**

I, **Bruce K. Carlisle**, declare as follows:

1. I am the Managing Director of Offshore Wind at the Massachusetts Clean Energy Technology Center ("MassCEC"). I submit this declaration in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction.

**I. Personal Background**

2. As Managing Director of Offshore Wind at MassCEC, I lead efforts to advance the successful and responsible development of the offshore wind industry in Massachusetts. These efforts include project planning, stakeholder engagement, and sector development. They also include research and innovation to reduce risk, increase market confidence, and realize the climate, economic, and workforce benefits of offshore wind and other ocean renewable energy.

3. My responsibilities as Managing Director of Offshore Wind also include the following: leading initiatives and investments in offshore wind port assessment and utilization; developing workforce training and education programs; helping grow the offshore wind supply chain; directing technical and applied research projects and stakeholder engagement on marine wildlife, fisheries, weather and ocean data, and transmission studies; overseeing leasing,

1

operations, and expansion of the New Bedford Marine Commerce Terminal—the nation's first purpose-built facility specifically designed to support the construction, assembly, and deployment of offshore wind projects as well as other marine cargo and commodities; acting as principal for the redevelopment of the Salem Offshore Wind Terminal; serving as a designated lead on Intergovernmental Renewable Energy Task Forces for offshore wind planning, siting, leasing, and permitting with the U.S. Bureau of Ocean Energy Management; and representing Massachusetts in coordination and collaboration with offshore wind leads from other states along the Atlantic coast on topics relating to the offshore wind supply chain, workforce training and development, and energy procurement.

4. In my role at MassCEC, I represent Massachusetts in various groups and professional organizations, including the Oceantic Network's State Advisory Group, the New England Partner Association for Offshore Wind Supply Chain, the Massachusetts Interagency Council on Offshore Wind, the Special Initiative for Offshore Wind, and the Connecticut Wind Collaborative.

5. I have held the position of Managing Director of Offshore Wind at MassCEC for over seven years.

6. Prior to this role, I served in various leadership roles, including Director and Assistant Director, at the Massachusetts Office of Coastal Zone Management, which is the lead agency for ocean and coastal policy in Massachusetts.

7. Since graduating with a bachelor's degree and a master's degree in Environmental Policy from Tufts University, I have amassed over 25 years of professional working experience in coastal and ocean policy and management, with over 15 of those years focused on the offshore wind industry specifically.

8. I make this declaration as a representative of MassCEC, in part based on the business records of MassCEC, and in part based on my personal knowledge of and experience with offshore wind matters.

9. The purpose of this declaration is to provide information regarding: (1) the investments Massachusetts has made in support of its offshore wind industry broadly as well as specifically towards ensuring the successful completion of Vineyard Wind 1, the first utility-scale offshore wind project in federal waters; and (2) the Commonwealth's continued reliance on federal action to ensure the full social, environmental, and economic benefits of the industry and Massachusetts's investments.

## II. MassCEC

10. MassCEC is a state economic development authority dedicated to accelerating the growth of the clean energy sector across Massachusetts to spur job creation, deliver statewide environmental benefits, and secure long-term economic growth for the people of Massachusetts. It was established by Chapter 23J of the Massachusetts General Laws and began operating in 2009.

11. MassCEC's programs focus on offshore wind, clean energy workforce development (including the offshore wind workforce), building decarbonization, clean transportation, electrical grid modernization, and funding and investing in climatetech companies from research through commercialization. MassCEC makes funding awards through competitive Request for Proposals and grant solicitation processes. It evaluates all applications for funding based on the project's alignments with the stated program goals.

12. MassCEC is funded primarily by the Massachusetts Renewable Energy Trust Fund ("RET"), which was authorized by the Massachusetts legislature in 1997 as part of the electric utility restructuring process. The RET is funded by a systems benefit charge of 2.5 mills per

kilowatt-hour—or approximately 30 cents per month for the average residential customer—paid by ratepayers of electric utilities in Massachusetts, as well as nine municipal electric departments that have elected to join the RET.

13. In addition to the systems benefit charge, MassCEC also receives funding from the state operating budget ($10 million in FY26), from the state capital budget ($10 million in FY26), and from partner state agencies like the Department of Energy Resources. Over time, MassCEC has also received a smaller portion of its funding from federal resources, including the American Rescue Plan Act of 2021 ("ARPA"), U.S. Department of Energy, the U.S. Bureau of Ocean Energy Management, and the U.S. Environmental Protection Agency.

14. In 2022, the Massachusetts legislature created the Offshore Wind Industry Investment Trust Fund ("OSW Trust"), which is administered by MassCEC and exclusively focuses on supporting the offshore wind sector. It was initially funded by a one-time appropriation of ARPA funds; however, it has also been funded with state funds including $15,000,000 in budget appropriations in FY24.

15. In a demonstration of future commitment to the offshore wind industry, in 2024, the Massachusetts legislature allocated up to $200,000,000 in bond funding to the OSW Trust to support offshore wind industry ports and infrastructure.

16. MassCEC is governed by a fifteen-member Board of Directors, seven of whom are ex officio roles from government and public institutions, and eight of whom are appointed by the Governor from selected industry, education, and energy sectors. The Secretary of Energy and Environmental Affairs serves as the chair of MassCEC's Board.

### III. Massachusetts Has Made Significant Investments in the Offshore Wind Industry, including Vineyard Wind 1

17. Massachusetts, through MassCEC, has made significant investments in the offshore wind industry, many of which were critical to the development of the Vineyard Wind 1 project. These investments (including commitments for future spending), totaling more than $418,000,000 since 2011, have strategically targeted key funding gaps and areas of need in the offshore wind industry, including port infrastructure like the New Bedford Marine Commerce Terminal; workforce development; supply chain development; and applied science, research, and analysis to address industry-identified challenges.

**A. Port Infrastructure**

18. MassCEC manages investments for the development of important offshore wind port infrastructure. In doing so, MassCEC ensures the utility of certain Massachusetts ports for offshore wind deployment and associated activities. These associated activities, which MassCEC also helps coordinate, include trainings (e.g., for marine harbor pilots); coordination with port managers and users; and support for real-time monitoring of weather and ocean conditions.

19. Since 2011, MassCEC has directed over $375,500,000 in port-related infrastructure. These directed funds include expenditures for the assessment, planning, construction, and redevelopment of critical maritime infrastructure across the Commonwealth's coast as well as commitments to fund future improvements and expansion at the New Bedford Marine Commerce Terminal and the Wind Technology Testing Center in Charlestown, MA ("WTTC").

20. One of these key port investments is the New Bedford Marine Commerce Terminal, which MassCEC owns and operates in the Port of New Bedford. This terminal is specifically designed to support the construction of offshore wind projects, as well as handle bulk, break-bulk, container shipping, and large specialty marine cargo. Marshalling (delivery, storage, staging, pre-

assembly, and load-out) of offshore wind turbine components for the Vineyard Wind 1 project is currently being conducted at the New Bedford Marine Commerce Terminal, which Vineyard Wind 1 LLC has leased from 2023 through mid-2026.

    a. Since 2011, Massachusetts has invested more than $140,000,000 in the design, engineering, construction, and commissioning of the New Bedford Marine Commerce Terminal. With its unique design and engineering, this facility is capable of handling the massive components of offshore wind farms, including turbine towers, blades, nacelles, and foundations. This facility is the first of its kind in the U.S., and over the past several years, other states and private entities have recognized the need for this critical infrastructure and have also invested in the development of heavy-lift port infrastructure critical to the large-scale construction of offshore wind on the Atlantic Coast , including over $3,000,000 in property expansion and more than $6,600,000 in redevelopment costs.

    b. In the summer of 2024, MassCEC announced a capital infrastructure project to improve the New Bedford Marine Commerce Terminal and increase the ability to support the needs of offshore wind developers. The project will expand the size of the terminal by 24%, increase the length of heavy load bearing quayside, and provide additional office and warehouse space. This project will maintain and increase Massachusetts's ability to provide infrastructure that will support the anticipated increased demand for port facilities to deploy offshore wind projects. The total estimated cost of this investment is $74,000,000. MassCEC has committed $53,000,000 to this project.

21. As announced in late 2022 through the Massachusetts Offshore Wind Ports Investment Challenge program, MassCEC has awarded $135,000,000 in funding for port infrastructure projects related to offshore wind. This state funding is anticipated to facilitate over $444,000,000 in new private capital expenditure.

22. The $135,000,000 in funds awarded by MassCEC included the following specific investments:

   a. $75,000,000 to Crowley Wind Services, Inc. and Salem, Massachusetts, for the conversion of a former coal-fired power plant into an offshore wind marshalling port. An additional $35,000,000 to support the Salem terminal redevelopment was awarded in 2024.

   b. $25,000,000 to Prysmian Projects North America for the redevelopment of part of the Brayton Point Marine Commerce Center in Somerset, Massachusetts, which was set to construct a manufacturing facility and terminal for marine high-voltage cables. Prysmian cancelled its plans to construct the facility on January 17, 2025. Since March 2025, Massachusetts and the owners have been actively exploring other offshore wind related utilization opportunities for the site.

   c. $15,000,000 to the New Bedford Port Authority in New Bedford, Massachusetts, for the improvement of its North Terminal 1 port and to help modernize port-wide operations to efficiently manage increased vessel traffic.

   d. $15,000,000 to the New Bedford Foss Marine Terminal in New Bedford, Massachusetts, for the redevelopment of a former power plant into an offshore wind port capable of supporting offshore wind construction and operation activities.

  e. $4,639,200 to Shoreline Marine Terminals in New Bedford, Massachusetts, for construction of new bulkhead, docking space, lift piers, fueling capacity, and other infrastructure, which will support the day-to-day operations of offshore-wind-crew transfer and vessel maintenance and repairs.

  f. $360,800 to Gladding Hearn Shipbuilding for an upgrade to its Somerset, Massachusetts, facility, which will enable it to fabricate and repair aluminum high-speed crew-transfer vessels.

 23. MassCEC is also engaged in a project to expand the WTTC. The WTTC is the only facility in the U.S. currently capable of performing endurance and certification testing of full-scale offshore wind turbine blades. MassCEC is expanding the WTTC in order to accommodate the testing of increasingly large protypes in excess of 100 meters in length. MassCEC has expended $2,900,000 to develop a 30% design.

 **B. Workforce**

 24. MassCEC works to develop and sustain a qualified, well-trained, and safe offshore wind workforce through grants and technical assistance for programs focused on health/safety and technical training certifications, industry and trades partnerships, undergraduate and graduate programs, and improving access to opportunities. MassCEC also convenes and facilitates offshore wind workforce development practitioners to exchange information and best practices through the Offshore Wind Workforce Community of Practice.

 25. Since 2018, MassCEC has offered the Offshore Wind Works grant program, which seeks to increase the Commonwealth's capacity to develop a Massachusetts workforce capable of contributing to the planning, deployment, and operations and maintenance of offshore wind farms in southern New England, as well as to support the manufacturing of offshore wind components

and otherwise maintain the offshore wind supply chain. This program has provided over $20,000,000 dollars to 32 different organizations since its inception. The 2025 Offshore Wind Works program is in development with an expected release of early 2026.

**C. Supply Chain**

26. MassCEC also supports the development of a local and robust offshore wind supply chain by: (1) facilitating a supply chain directory that allows local businesses to post information regarding services they can provide to the industry; (2) hosting events where developers can meet potential suppliers and service providers; and (3) completing a supply chain assessment that articulates offshore wind supply chain requirements and the ability of local businesses to fill those needs. MassCEC investment in this work totals over $5,600,000. MassCEC, in consultation with the Massachusetts Department of Revenue, has also established an offshore wind business tax incentive program for companies engaged in offshore wind development, manufacturing, or commercialization totaling up to $35,000,000 in tax credits over a five-year period beginning in 2024.

**D. Science, Research, and Analysis**

27. MassCEC cultivates capacity and provides direct support for science, applied research, and analysis to advance responsible offshore wind development, reduce costs, increase reliability, and evaluate and mitigate fisheries, wildlife, supply chain, logistics, and transmission issues. Since 2011, MassCEC has invested over $16,900,000 of state funds in this program area, plus an additional $3,900,000 in federal funds.

28. Among other things, these funds provided for the advancement of aerial marine wildlife surveys to better understand the spatial and temporal patterns of wildlife found within and around current and projected areas of offshore wind development. MassCEC, offshore wind

9

developers, and the U.S. Bureau of Ocean Energy Management have invested in these valuable surveys which inform the siting, construction, and operation of offshore wind facilities. In the fall of 2025, the Bureau of Ocean Energy Management rescinded almost $500,000 in funding to support this long-term data set that is critical to understanding the potential effects of offshore wind planning, survey, construction and operations on marine species, specifically the critically endangered North Atlantic Right Whale. MassCEC and other state and non-profit partners are working to fill the funding gap to continue this high priority survey work. However, the loss of federal funds leaves other important workstreams without adequate funding and the future of the surveys and the data set remains in question.

29. MassCEC's investments in science, research, and analysis include $2,200,000 that enabled collaborations with other states and the United Kingdom, through the National Offshore Wind Research and Development Consortium, to address key areas of research need, such as floating offshore wind.

30. In early 2025, MassCEC awarded funds to eight organizations totaling $3,200,000 to address a broad range of offshore wind related topics including potential effects on songbird migration routes; marine mammal density and detection analysis; offshore wind interactions with commercial fishing activities; and wireless sensor technology development for offshore wind blades. MassCEC anticipates announcing a second science and research solicitation in early 2026.

31. These significant and strategic investments that support many aspects of the offshore wind industry, and of the Vineyard Wind 1 project, represent MassCEC's commitment to ensure that the Commonwealth is able to deploy much-needed gigawatts of renewable offshore wind energy to meet rising energy demands, strengthen national security, and lower energy costs. Vineyard Wind 1 is the nation's first utility-scale offshore wind energy project over fifteen miles

off the coast of Massachusetts. The project will generate clean, renewable, affordable energy for over 400,000 homes and businesses across the Commonwealth, while reducing carbon emissions by over 1.6 million tons per year. Each type of MassCEC investment described above was critical to the development of Vineyard Wind 1 and future offshore wind projects.

### IV. The Director's Order Threatens to Turn Massachusetts's Offshore Wind Investments into Sunk Costs and Severely Limit The Expected Benefits Flowing from Those Investments

32. I have reviewed and am familiar with the announcement made by the Department of the Interior on December 22, 2025, that it is pausing, effective immediately, the leases for all large-scale offshore wind projects under construction in the United States, which impacts five current projects including Vineyard Wind 1 (the "Director's Order").

33. The impact of the Director's Order on the ongoing construction, installation, and commissioning of Vineyard Wind 1, as well as future operations, and its chilling effect on industry development threatens to turn the hundreds of millions of dollars Massachusetts has invested in the offshore wind industry into sunk costs. The effect the Director's Order will have on Vineyard Wind 1 specifically and offshore wind development generally will delay and potentially eliminate the benefits expected to flow to Massachusetts and its residents from these investments—some of which are described below.

34. In order to meet the Commonwealth's carbon emission reduction goals and achieve net zero emissions by 2050, as set forth in the Commonwealth's Clean Energy and Climate Plan and as required by the Act Driving Clean Energy and Offshore Wind (2022), offshore wind will need to be a key component of the state's renewable energy portfolio.

35. Massachusetts has selected three offshore wind projects, one of which is Vineyard Wind 1, through competitive procurements to provide offshore wind energy to Massachusetts

11

residents. These offshore wind projects will create thousands of jobs across a national supply chain and generate billions in new investments, producing economic, environmental, and social benefits to the state, region, and nation.

36. On its own, the Vineyard Wind 1 project currently under construction is generating 572 megawatts of power to the ISO-NE grid, has supported about 3,700 jobs[1], and generated supply chain contracts across 29 states, yielding about $2 billion in new investments in the United States.[2]

37. It is anticipated that the three selected Massachusetts projects will create more than 10,000 full-time equivalent job years in Massachusetts and Rhode Island.

38. Additionally, construction related to the improvement and expansion of critical port infrastructure to meet the offshore wind industry's needs will create local jobs. For example, the construction of the Salem Offshore Wind Terminal is expected to generate more than 800 jobs.[3]

39. Offshore wind projects in Massachusetts have also generated more than 400 supply chain contracts across more than 30 states including shipbuilding in Louisiana, Florida, and Texas, cable manufacturing in North Carolina, and geotechnical survey services from Virginia.[4]

40. The Director's Order threatens these benefits—not only helping achieve Massachusetts's climate goals but also to its economy and livelihoods of its citizens. A major setback to the offshore wind industry would spoil years of careful work and strand the substantial resources the Commonwealth through MassCEC has invested in developing the industry in

---

[1] Vineyard Wind 1, *Impact on Jobs and Economic Output:* Annual Report 4 (2025) (on file with author).

[2] Internal Records of Oceantic Network (Apr. 23, 2025).
[3] Crowley Wind Services, *Salem Offshore Wind Terminal* (2025), https://www.crowley.com/wind/salem.
[4] Oceantic Network, *Offshore Energy at Work* (2025), https://oceantic.org/offshore-energy-at-work.

Massachusetts to meet increasing energy needs, ensure energy reliability, and address energy affordability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in  Boston , Massachusetts on  January 15, 2026 .

*Bruce Carlisle*

Bruce K. Carlisle
Managing Director of Offshore Wind
Massachusetts Clean Energy Center

14

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                       /s/ Jack W. Pirozzolo
                                                                        Jack W. Pirozzolo