**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

VINEYARD WIND 1, LLC,                )
                                     )
                    Plaintiff,       )
                                     )    Case No.:  1:26-cv-10156
        v.                           )
                                     )
UNITED STATES DEPARTMENT OF THE      )
INTERIOR, et al.                     )
                                     )
                    Defendants.      )

**DECLARATION OF ELIZABETH MAHONY**

I, Elizabeth Mahony, declare of my personal knowledge as follows:

1.      I am currently employed by the Massachusetts Department of Energy Resources (DOER) as Commissioner. I have held this position since February 2023. Prior to joining DOER, I held positions at the Massachusetts Office of the Attorney General (AGO), DOER, and the Massachusetts Senate. At DOER, my job duties include directing the priorities of the agency, managing senior staff, engaging with internal and external stakeholders, and making final decisions on programming, financing, and policy.

2.      I am a graduate of Marist University and Suffolk University School of Law. My professional focus has been on the energy field since 2011, beginning with my role as the Counsel for the Senate chair of the Joint Committee on Telecommunications, Utilities, and Energy, where I led staff in developing major energy legislation.[1] Immediately following that experience, I joined DOER as legal counsel, eventually serving as Acting General Counsel, with a special focus on the development of solar incentive regulations, policy report drafting, and management of the joint

---

[1] An Act relative to competitively priced electricity in the Commonwealth, c. 209 of the Acts of 2012; and An Act relative to the emergency service response of public utility companies, c. 216 of the Acts of 2012.

1

procurement of clean energy resources with the Massachusetts Electric Distribution Companies (EDCs) pursuant to Green Communities Act, St. 2008, c. 169, § 83A (Section 83A), as amended by the Competitive Electricity Act.[2] During this time, I coordinated for DOER the drafting of three solicitations for clean energy under Section 83A, including a multi-state effort among three states and six electric companies, resulting in multiple contracts for onshore wind and solar energy generation. At the AGO, I served in the Energy and Telecommunications Division, since renamed the Energy and Ratepayer Advocacy Division, focusing primarily on adjudications and investigations at the Department of Public Utilities (DPU) regarding utility clean energy procurements, solar program development, and clean energy rate design, as well as consumer protection advocacy and legislative engagement. My advocacy before the DPU included the adjudication of the requests for proposals, and resulting long-term contracts, for onshore wind, solar energy, offshore wind, and hydroelectric power generation. In this role I was the lead on matters related to solar energy and other types of distributed energy generation.

3.      The purposes of this declaration are to provide: (i) background on Massachusetts's process for facilitating the financing of offshore wind projects through power purchase agreements (PPAs); (ii) a status of the Vineyard Wind 1 project; (iii) an overview regarding investments made in support of Massachusetts's emerging offshore wind industry and its reliance on federal actions; (iv) a summary of Vineyard Wind 1 benefits for Massachusetts; and (v) a summary of the impacts to Massachusetts of recent federal action on the Vineyard Wind 1 project.

4.      I am submitting this declaration in support of Vineyard Wind 1's motion for a temporary restraining order (TRO) and preliminary injunction (PI).  I have reviewed and am generally familiar with the Bureau of Ocean Energy Management Director's Order to Vineyard

---

[2] Section 36, of c. 209 of the Acts of 2012.

Wind 1, LLC (Director's Order) to suspend all ongoing activities related to the Vineyard Wind 1 project for the next 90 days.

## I.    Background on the Process for Launching Offshore Wind Projects

5.    As the State Energy Office, DOER is the primary energy policy agency for the Commonwealth. DOER's mission is to create a clean, affordable, resilient, and equitable energy future for all in the Commonwealth. DOER focuses on transitioning our energy supply to improve our energy system infrastructure, reduce and shape energy demand, and lower greenhouse gas emissions.    To meet DOER's objectives, DOER connects and collaborates with energy stakeholders to develop effective policy. DOER implements this policy through planning, regulation, and funding efforts. DOER provides tools to individuals, organizations, and communities to support their clean energy goals.

6.    Long-term contracts for offshore wind energy delivery support the Commonwealth's progress towards meeting its statutory requirements for renewable energy production and greenhouse gas emissions reductions. The Global Warming Solutions Act, M.G.L. c. 21N, § 3; St. 2008, c. 298, requires Massachusetts to achieve Net Zero greenhouse gas emissions by 2050.  Offshore wind plays a critical role in reducing emissions from the electric power sector.

7.    Massachusetts also has a long-standing Renewable Portfolio Standard (RPS), M.G.L. 25A, § 11F; 225 C.M.R. § 14.00, which requires that retail energy suppliers annually increase the share of renewable energy generation when supplying Massachusetts electricity customers. Under these programs, clean energy generation is incentivized through the creation of transferrable renewable energy certificates (RECs) that are sold by generators at a market price to retail energy suppliers for their RPS compliance obligations. The Commonwealth therefore facilitates the financing of new clean energy projects by requiring the EDCs to solicit and enter

into contracts with eligible clean energy projects, including RECs produced by offshore wind projects.

8.    To facilitate the financing of offshore wind energy, DOER and EDCs periodically solicit proposals from offshore wind developers for cost-effective long-term contracts for offshore wind energy, pursuant to the Green Communities Act, St. 2008, c. 169, § 83C (Section 83C), as amended by the Energy Diversity Act, and An Act Driving Clean Energy and Offshore Wind.[3]

9.    Offshore wind energy procured through the Section 83C process must "contribute to reducing winter electricity spikes" in an effort to capitalize on the power production of offshore wind during periods of grid stress in New England.

10.    An Act Driving Clean Energy and Offshore Wind, published as Chapter 179 of the Acts of 2022, codified the requirement of entering into cost-effective long-term contracts following one or more competitive solicitations for 5,600 megawatts (MW) of offshore wind generation no later than June 30, 2027, and directed DOER to develop a staggered procurement schedule to meet that requirement.

11.    The process for Massachusetts' offshore wind solicitations includes development of a Request for Proposals (RFP), evaluation and selection of bids based on quantitative and qualitative factors, contract negotiations between project developers and the EDCs, and review of resulting contracts by the DPU. I will briefly outline the solicitation process that resulted in the Vineyard Wind 1 contracts next.

---

[3] St. 2016, c. 188, s. 12 amended St. 2008, c. 169, s. 83, as further amended.

12.    DOER coordinated with the EDCs and the AGO to develop an RFP to solicit competitive proposals for offshore wind projects. The drafting parties filed the RFP with the DPU for review, and the DPU approved the RFP for release in June 2017.[4]

13.    DOER and the AGO jointly selected an Independent Evaluator (IE) to monitor and report on the timetable and method of solicitation and bid selection process to ensure an open, fair, and transparent solicitation and bid process that is not unduly influenced by an affiliated company. The IE submitted a report to the DPU regarding the RFP drafting process when the RFP was filed at the DPU, and a second report when contracts resulting from a solicitation were filed at the DPU for review and approval.

14.    The solicitation generated 27 distinct proposals from three developers: Bay State Wind, Deepwater Wind, and Vineyard Wind. The Evaluation Team, composed of DOER and the EDCs in consultation with the IE, reviewed and scored proposals received under the solicitation. The evaluation process included detailed analysis on both quantitative and qualitative factors to determine if proposals were cost-effective and met various statutory criteria. The quantitative evaluation included modeling of the regional electric power system to determine the impacts of the proposed project on wholesale electricity and environmental attribute market prices in New England and Massachusetts. The quantitative evaluation identified the levelized unit net benefit of each proposal, which determined a numeric score combined with the qualitative evaluation numeric score to rank the proposed projects.

---

[4] *Joint Petition for Approval of a Proposed Timetable and Method for the Solicitation and Execution of Long-Term Contracts for Offshore Wind*, D.P.U. Order 17-103 (June 21, 2017), *available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/6757.

15.     Pursuant to the process outlined in Section 83C, DOER in consultation with the IE, selected the winning bidder.[5] DOER selected the 800 MW Vineyard Wind 1 project as the winning project to proceed to contract negotiations.

16.     The selected project, Vineyard Wind, then proceeded to negotiate long-term PPAs with the EDCs. DOER monitored the contract negotiation process. The parties executed long-term contracts and the EDCs filed the contracts for review at the DPU on July 31, 2018.[6] The DPU considered recommendations by the AGO and DOER and ultimately issued an Order approving the contracts with the Vineyard Wind 1 project on April 12, 2019.[7] The DPU found that the executed contracts are a cost-effective mechanism for procuring beneficial, reliable renewable energy on a long-term basis and in the public interest. The Vineyard Wind 1 project represented the first utility-scale procurement of an offshore wind project in the United States.

17.     Following the Massachusetts DPU's approval of the PPAs, Vineyard Wind proceeded with project development, including securing financing and proceeding with necessary federal, state, and local permitting to site and construct the offshore wind project and related transmission infrastructure.

18.     Offshore wind projects currently under development in the United States are subject to federal permitting and review by the Bureau of Ocean Energy Management (BOEM) since they are sited in federal waters on the Outer Continental Shelf. All projects need to submit a Construction and Operations Plan (COP) for BOEM review and approval. The approval of the

---

[5] *Joint Direct Testimony of Joanne Morin and Joanna Troy on behalf of DOER*, D.P.U. 18-76, -77, -78 (Nov, 5, 2018), *available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/3106.

[6] *Joint Petition for Approval of a Proposed Timetable and Method for the Solicitation and Execution of Long-Term Contracts for Offshore Wind*, D.P.U. 18-76, -77, -78, (Jul. 31, 2018), *available at available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/3106.

[7] *Order Granting Joint Petition for Approval of a Proposed Timetable and Method for the Solicitation and Execution of Long-Term Contracts for Offshore Wind*, D.P.U. 18-76, -77, -78  (Apr. 12, 2019), *available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/3106.

COP and other federal permits is necessary for offshore wind projects to proceed with successful financing, construction, and operation of a project.

19.    Offshore wind projects are vulnerable to disruptions from federal permitting processes that control the construction and operations of the projects. For instance, Vineyard Wind 1 was delayed over three years from its originally planned commercial operation date as it awaited final federal permitting approvals between 2019 and 2021, which were necessary to begin construction. Following more than two years through its traditional permitting review, BOEM conducted additional review of Vineyard Wind 1, including its relation to other Atlantic offshore wind projects.  Vineyard Wind 1 received its final permits from the federal government in 2021. The doubling of the permit review timeline delayed the delivery of cost-effective offshore wind power, the associated ratepayer savings for Massachusetts, the regional wholesale market, and Massachusetts's progress on meeting its mandated greenhouse gas reduction targets.

## II.    Benefits of Vineyard Wind 1 to Massachusetts

20.    Offshore wind is expected to play a crucial role in decarbonizing the power sector for Massachusetts. The 2050 Clean Energy and Climate Plan (2050 CECP) for Massachusetts outlines the Commonwealth's strategy to transform our energy supply to meet our Net Zero greenhouse gas emission target by 2050, which is required by law. Modeling results from the 2050 CECP indicate that Massachusetts will likely require 22,000 MW or more of offshore wind energy by 2050 in all scenarios in order to meet the Net Zero statutory requirement.[8] In the near-term, modeling conducted for the 2025/2030 CECP indicate that having contracted offshore wind

---

[8] Mass. Exec. Off. of Energy and Env't Affs., *Massachusetts Clean Energy and Climate Plan for 2050* (2022), https://www.mass.gov/doc/2050-clean-energy-and-climate-plan/download.

projects, including Vineyard Wind 1, operational on schedule is crucial to achieve our 2030 greenhouse gas targets for the power sector.[9]

21.     Offshore wind provides unique benefits as a power source for Massachusetts. Offshore wind energy resources off the coast of Massachusetts are abundant, with analysis from the National Renewable Energy Laboratory showing that the wind resource potential offshore Massachusetts and southern New England is some of the strongest in the country.[10]

22.     Offshore wind resources, including Vineyard Wind 1, are also located relatively close to load centers like Boston, where electricity demand is the highest in New England and is expected to grow significantly in coming decades.[11] This proximity reduces the amount of transmission infrastructure that is needed to move the power from the generation site to consumers, which reduces costs for consumers and helps minimize environmental impacts from siting the transmission infrastructure.

23.     The Vineyard Wind 1 contracts resulting from Massachusetts's first Section 83C competitive procurement are cost-effective, provide substantial benefits for Massachusetts ratepayers, and are in the public interest. Section 83C requires that any selected projects be cost-effective, and the Vineyard Wind 1 contracts will provide energy and RECs at a price materially below the projected cost of buying them in the market over the 20-year term of the contract.[12] Over

---

[9] Mass. Exec. Off. of Energy and Env't Affs., *Massachusetts Clean Energy and Climate Plan for 2025 and 2030* (2022), https://www.mass.gov/doc/clean-energy-and-climate-plan-for-2025-and-2030/download.

[10] Nat'l Renewable Energy Lab'y, *Wind Resource of the United States* Map (Sept. 18, 2017), https://www.nrel.gov/images/nrellibraries/gis-images/high-res/wtk-100m-2017-01-min.jpg?sfvrsn=72de0250_1.

[11] ISO New England, *2024 CELT Report* (May 1, 2024), https://www.iso-ne.com/static-assets/documents/100011/2024_celt_report.xlsx.

[12] *Joint Direct Testimony of Joanne Morin and Joanna Troy on behalf of DOER*, D.P.U. 18-76, -77, -78 (Nov, 5, 2018), *available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/3106.

the life of the contract, for example, the 806 MW Vineyard Wind project is projected to provide an average of 1.4 cents/kWh (in real 2017 dollars) of direct savings to ratepayers.[13]

24.    Offshore wind is a crucial new supply resource to meet growing power demand in the region. ISO New England expects summer peak demand to increase 9 percent, while winter peak demand is projected to increase 30 percent over the next 10 years.[14] Offshore wind projects are ready to be deployed now to meet this surging electricity demand in New England. Supply chain constraints are delaying conventional natural gas power plant development in other parts of the country,[15] highlighting the importance of expediting offshore wind projects that have supply chain contracts in place so they can begin construction and provide crucial new energy supply for New England.

25.    Offshore wind can reduce high winter electricity costs in Massachusetts and the New England region. New England experiences high wholesale electricity market prices in the winter months, when the region's natural gas supply is constrained.[16] For example, the average wholesale electricity market price in December 2024 was $89/MWh, compared to $51/MWh during July (the summer peak demand period) and only $24/MWh during March (the "shoulder season" of lowest demand).  The New England region is also highly exposed to price volatility from global commodity markets for fossil fuels. For instance, the region experienced severe electricity price spikes in 2022-2023 when the Ukraine invasion led to global natural gas price increases.[17]

---

[13] *Id.*

[14] ISO New England, *Final Draft 2025 Energy and Seasonal Peak Forecasts* (March 28, 2025), https://www.iso-ne.com/static-assets/documents/100021/energy_demand_fx2025_final.pdf.

[15] Jason Plautz, *Want to Build a Gas Plant? Get in Line*, E&E News (Apr. 22, 2025), https://subscriber.politicopro.com/article/eenews/2025/04/22/want-to-build-a-gas-plant-get-in-line-00299503.

[16] *Monthly LMP Indices*, ISO New England, https://www.iso-ne.com/isoexpress/web/reports/pricing/-/tree/monthly-lmp-indices.

[17] *Markets*, ISO New England, https://www.iso-ne.com/about/key-stats/markets.

26.    In 2023, more than half of the electricity produced in New England was produced by burning natural gas, resulting in an average of $3 billion flowing out of the region's economy every year.[18] Recent analysis by Synapse Energy Economics found that adding offshore wind to the New England grid could allow the region to retain $1.57 billion that would have otherwise flowed out of the region,[19] while also significantly reducing ratepayer costs by displacing high-cost natural gas and relieving pipeline constraints, particularly during winter.[20] After factoring in the cost of offshore wind contracts procured outside of the market, net annual electricity cost savings average $630 million under a reference case gas scenario, with annual savings increasing to more than $1 billion under a high natural gas price scenario.[21] Residential monthly bill savings would be $2.79 and $4.61, respectively.[22] Synapse also found significant public health benefits of $362 million every year, due to reduced criteria pollutants such as NOx, SOx, and particulates that result from fossil fuel combustion.[23]

27.    Analysis conducted by ISO New England, the regional electricity grid operator, shows that offshore wind resources' highest energy output occurs during winter months.[24] Adding offshore wind resources to the regional energy mix could significantly reduce winter energy supply constraints and reduce wholesale market prices. A 2018 assessment by ISO New England found that a hypothetical 1,600 MW offshore wind project would have performed particularly well

---

[18] Synapse Energy Econ. Inc., *Charting the Wind: Quantifying the Ratepayer, Climate, and Public Health Benefits of Offshore Wind in New England* 2 (2024), https://www.synapseenergy.com/sites/default/files/Synapse%20Offshore%20Wind%20Benefits%20in%20New%20England%2020240603%2024-024.pdf.

[19] *Id*. at 12.

[20] *Id*. at 10.

[21] *Id*. at 12.

[22] *Id*. at 12.

[23] *Id*. at 13.

[24] *Variable Energy Resource (VER) Data*, ISO New England, https://www.iso-ne.com/system-planning/planning-models-and-data/variable-energy-resource-data.

during the region's 16-day cold spell in December of 2017 and January of 2018, during which natural gas and wholesale electricity prices dramatically spiked. The offshore wind project would have generated 435,257 MWh, saving the region $80 million to $85 million in production costs, reducing locational marginal prices by $11/MWh to $13/MWh, and avoiding 20% of natural gas usage during the period and 219,200 short tons of $CO_2$.[25] ISO New England is counting on offshore wind resources to contribute new supply to meet growing electricity demand in the region.[26] The queue of projects planning to interconnect to the ISO New England grid includes 14,577 MW of offshore wind resources. A sensitivity analysis completed by ISO New England as part of their 2024 Economic Study found that without any offshore wind capacity, the cost of energy to ISO New England customers is 50% higher in 2050.[27] Furthermore, without offshore wind, the total annualized build costs increase by $26 billion, or 16.6%.[28]

28.    Actual generation data from South Fork Wind, an offshore wind project located in the same lease region as Vineyard Wind, demonstrates that offshore wind performance is on par with natural gas plants in the New England region.[29] In its first year of operation, South Fork Wind produced electricity more than 92% of the time and had an annual capacity factor, a measure of

---

[25] Memorandum for ISO New England System Planning Development to New England Stakeholders, High-Level Assessment of Potential Impacts of Offshore Wind Additions to the New England Power System During the 2017-2018 Cold Spell (Dec. 17, 2018), *available at* https://www.iso-ne.com/static-assets/documents/2018/12/2018_iso-ne_offshore_wind_assessment_mass_cec_production_estimates_12_17_2018_public.pdf.

[26] *Hearing on "Keeping the Lights On: Examining the State of Regional Grid Reliability" Before the Subcomm. on Energy of the H. Comm. on Energy & Com.* (Mar. 25, 2025) (statement of Gordon van Welie, President & CEO, ISO New England), *available at* https://www.iso-ne.com/static-assets/documents/100021/final_isone_written_testimony_house_energy_committee_testimony_3_25_2025.pdf

[27] ISO New England, *2024 Economic Study: Policy Scenario Sensitivities & Follow-Up to Stakeholder-Requested Scenario* (Mar. 19, 2025), https://www.iso-ne.com/static-assets/documents/100021/a06_2025_03_19_pac_2024_economic_studies_policy_scenario_sensitivities_and_follow_up_to_stakeholder_requested_scenarios.pdf.

[28] *Id.*

[29] In 2024, the average capacity factor of a gas combined cycle plant in ISO-NE was 50%. *See* ISO New England, *2024 Annual Markets Report* 107 (May 23, 2025), https://www.iso-ne.com/static-assets/documents/100023/2024-annual-markets-report.pdf.

how much electricity a plant generates relative to its maximum possible output, of 46.4%. Furthermore, South Fork Wind's capacity factor was highest in winter months, reaching between 51-60% between January and March.[30] Vineyard Wind 1 expects to operate with an annual capacity factor higher than 45%.[31]

29.     Offshore wind is an intermittent resource and the region is taking a variety of steps to reliably integrate a growing supply of intermittent resources into the electricity system. For example, the region is investing in energy storage to charge during low-cost periods when there is excess offshore wind and to discharge during high-cost peak times. Pairing energy storage with offshore wind will allow the Commonwealth to meet peak demand times with clean energy instead of high-cost and high-emissions fuel oil. Massachusetts is pursuing a suite of policies to support the deployment of cost-effective energy storage in Massachusetts, including through the first-in-the-nation Clean Peak Standard and a procurement of energy storage attributes in 2025. Vineyard Wind 1 has committed to providing $15 million to establish the Resiliency and Affordability Program to support funding for the construction of battery energy storage and solar energy projects to enhance resiliency and provide low-income ratepayer benefits in communities hosting Vineyard Wind 1.[32]

30.     The offshore wind industry has already provided substantial economic development benefits for Massachusetts. To-date, the Vineyard Wind 1 project has generated

---

[30] Orsted, *Energy That Works South Fork Wind* (2025), https://cdn.orsted.com/-/media/www/docs/corp/us/factsheets/sfwreport_web_vf.pdf?rev=8ad02de9ad374f26a92de95c633bd05d&hash=087B58CC2E26F117F40AB379A56FF397.

[31] 1 Vineyard Wind LLC, *Draft Construction and Operations Plan* 10 (June 3, 2020), https://www.boem.gov/sites/default/files/documents/renewable-energy/Vineyard-Wind-COP-Volume-I-Section-1.pdf.

[32] *Citizens, Vineyard Wind Collaborate on Resiliency and Affordability Fund to Benefit Residents and Communities on Cape Cod, Islands and South Coast*, Vineyard Wind (Mar. 29, 2018),"; https://www.vineyardwind.com/news-and-updates/2018/3/29/citizens-vineyard-wind-collaborate-on-resiliency-and-affordability-fund-to-benefit-residents-and-communities-on-cape-cod-islands-and-south-coast.

6,404 full-time equivalent (FTE) jobs, $623.4 million in labor income, and $1.94 billion in total economic output.[33] The project's development, construction, and operation will generate supply chain contracts across 29 U.S. states, and yield $2 billion in new investments in the United States. As of December 2025, hundreds of construction workers, laborers and mariners are currently working on and offshore to construct the project. Offshore wind industry activity across the region is supporting shipbuilding in Louisiana, Florida, and Texas, cable manufacturing in North Carolina, and geotechnical survey services in Virginia.

31.    Vineyard Wind 1, LLC committed $15 million to an Accelerator Fund to support workforce development through mentoring and apprenticeship programs; to accelerate supply chain advancements, businesses, and infrastructure in Massachusetts; and to promote novel tools and technologies for marine mammal protection.[34]

## III.    The Director's Order on Vineyard Wind 1 Will Increase Electric Bills for Massachusetts Ratepayers and Threatens Grid Reliability in New England

32.    On December 22, 2025, BOEM issued a Director's Order for Vineyard Wind 1 to suspend ongoing activities on the 806 MW offshore wind project. This action directly harms Massachusetts ratepayers and the reliability of the New England electric grid.

33.    On July 15, 2021, BOEM approved the COP for the Vineyard Wind 1 Project.[35] This was the final approval needed for the project from BOEM following the Department of the

---

[33] Vineyard Wind 1, *Impact on Jobs and Economic Output:* Annual Report 4 (2025) (on file with author).

[34] *Committing $15m to Make Massachusetts the Center of the Offshore Wind Industry*, Vineyard Wind https://www.vineyardwind.com/masswinds.

[35] Letter from James F. Bennett, Program Manager, Bureau of Ocean Energy Management, to Rachel Pachter, Chief Development Officer, Vineyard Wind 1 LLC (July 15, 2021), *available at* https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/VW1-COP-Project-Easement-Approval-Letter_0.pdf

Interior's Record of Decision issued in May 2021.[36] To receive COP approval, Vineyard Wind 1 submitted a comprehensive and detailed description of project plans for construction, operation, maintenance, and decommissioning; safety management, such as for severe weather, oil spills, or collisions; geological, biological, and environmental surveys; and avoidance, mitigation, and minimization measures for impacts to recreation, tourism, fisheries, mammals, birds, air quality, and water quality.[37] As part of the COP review process, BOEM consulted multiple federal agencies including agencies related to national security, such as the U.S. Department of Defense and the U.S. Department of Homeland Security.[38]

34.    Vineyard Wind 1 began offshore construction on June 8, 2021.[39] Prior to the Director's Order, the Vineyard Wind 1 project was projected to complete construction and achieve full commercial operation in early 2026.[40]

35.    The Vineyard Wind 1 project is already operational, with over 44 turbines fully installed capable of producing 572 MWs of power for delivery into the New England grid. The Vineyard Wind 1 project is already producing enough energy to power between 313,170 and 417,560 homes in Massachusetts.[41] If completed, the project would fully install an additional 18

---

[36] Bureau of Ocean Management, *Record of Decision on Vineyard Wind 1 Project Construction and Operations Plan* (May 10, 2021), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Final-Record-of-Decision-Vineyard-Wind-1.pdf

[37] *Vineyard Wind 1 Construction and Operations Plan*, Bureau of Ocean Energy Management. https://www.boem.gov/renewable-energy/state-activities/vineyard-wind-1.

[38] IV Bureau of Ocean Energy Management *Vineyard Wind 1 Offshore Wind Energy Project Final Environmental Impact Statement* (2021), https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Vineyard-Wind-1-FEIS-Volume-4.pdf.

[39] Chris Lisinski, *Crews Begin Construction on Wind Farm Off Martha's Vineyard*, WBUR (June 8, 2023), https://www.wbur.org/news/2023/06/08/offshore-wind-farm-marthas-vineyard-turbines.

[40] Anastasia E. Lennon, *Vineyard Wind nears 30% Power Production*, New Bedford Light ( July 23, 2025), https://newbedfordlight.org/vineyard-wind-nears-30-power-production.

[41] The estimated range of households powered by the 572 MWs of installed power is based on a 45 and 60% capacity factors on the lower and upper bound, respectively. Homes powered is calculated on an annualized basis assuming a household monthly consumption of 600 kilowatt-hours.

turbines and produce an additional 234 MW, enough energy to power an additional 128,000 to 170,000 homes in Massachusetts. [42]

36.    Section 83C requires that selected offshore wind proposals "provide enhanced electricity reliability, system safety and energy security" and "contribute to reducing winter electricity price spikes."[43] The Director's Order delays further construction of Vineyard Wind 1, which immediately threatens the full reliability and energy security benefits of the project.  The project anticipated completing the project within weeks, and adding 234 MW of additional power during the winter months

37.    The regional grid operator, ISO New England, is counting on the Vineyard Wind 1 project to deliver power at its full commercial capacity on schedule in order to meet its Capacity Supply Obligation and ensure reliable power for the New England grid. The Director's Order will increase risks to electric reliability for the region, since the Vineyard Wind 1 project is included in ISO New England's analyses of near-term and future grid reliability. On December 22, 2025, ISO New England issued a statement on the Director's Order.  In particular, ISO New England stated that Vineyard Wind 1, in addition to Revolution Wind, are "committed to helping meet New England's demand for electricity. . ." and are "particularly important to system reliability in the winter when offshore wind output is the highest and other forms of fuel supply are constrained." Further, ISO New England warns that "canceling or delaying these projects will increase costs and

---

[42] The estimated range of households powered is based on a 45 and 60% capacity factors on the lower and upper bound, respectively. Homes powered is calculated on an annualized basis assuming a household monthly consumption of 600 kilowatt-hours.

[43] Section 83C of the Green Communities Act, St. 2008, c.169, as amended by the Energy Diversity Act, and the Act Driving Clean Energy and Offshore Wind.

risks to reliability in our region," and "adversely affect New England's economy and industrial growth."[44]

38.    ISO New England is counting on offshore wind as a major new source of energy, particularly for its reliability benefits during winter when the region's power supply is constrained, since offshore wind can displace high-cost gas and oil generation.[45] At present, there is no alternative utility-scale electric generation project proposed in New England that is able to construct and come online in the same timeframe, let alone one which could deliver power into the south coast region of the state or provide clean energy consistent with the Commonwealth's statutory clean-energy and climate targets. In order to meet 2030 emission-reduction sublimits, the state's planning models indicate Massachusetts will need 3,650 MW of offshore wind generating by 2030.[46]

39.    ISO New England projects that peak electric demand in New England will increase 9 percent over the next 10 years, which will require significant additional generation capacity.[47] Electric capacity from distributed solar generation (projects under 5 MW) continues to grow but is already assumed in Massachusetts planning. ISO New England finds that solar has limited value in meeting the region's energy needs during longer-duration winter cold spells and therefore cannot substitute for large-scale offshore wind resources if they do not materialize.[48]

---

[44] ISO New England, Statement on Department of the Interior Offshore Wind Announcement. (Dec. 22, 2025), *available at* https://isonewswire.com/2025/12/22/iso-new-england-statement-on-department-of-the-interior-offshore-wind-announcement.

[45] *Hearing on "Keeping the Lights On: Examining the State of Regional Grid Reliability" Before the Subcomm. on Energy of the H. Comm. on Energy & Com.* (Mar. 25, 2025) (statement of Gordon van Welie).

[46] Mass. Exec. Off. of Energy and Env't Affs., *2024 Massachusetts Climate Report Card* (2025), https://www.mass.gov/report/2024-massachusetts-climate-report-card.

[47] ISO New England, *Final Draft 2025 Energy and Seasonal Peak Forecasts* (Mar. 28, 2025), https://www.iso-ne.com/static-assets/documents/100021/energy_demand_fx2025_final.pdf.

[48] Fed. Energy Regul. Comm'n, *Pre-Technical Conference Comments of ISO New England Inc.*, Docket No. AD25-7-000 (June 4, 2025), *available at* https://www.ferc.gov/media/gordon-van-welie-iso-ne-president-and-ceo.

Massachusetts's limited available land and high population density are also not conducive to development of the utility-scale solar being built in other states.

40.     Beyond the generation or transmission anticipated to come on-line in 2026, there are zero proposed transmission-level projects of similar size to Vineyard Wind 1 in the ISO NE queue anticipated to deliver power imminently.  For example, there is no planned electric generation from new nuclear facilities or geothermal projects. Massachusetts law currently prohibits construction of new nuclear energy generation unless voters approve a specific project through a ballot initiative (or the Legislature eliminates this provision, which would take months to years).[49] Considering the two to three years it takes for a ballot initiative, along with additional years to site, permit, and construct, a nuclear facility reaching commercial operation is not practical by the end of 2030 or even 2032.

41.     Additionally, unlike offshore wind, New England does not have significant technical potential for enhanced geothermal electric generation. The National Renewable Energy Laboratory (NREL) Enhanced Geothermal Shot Analysis identified the Northeast as having low to the least favorability for geothermal resources, with less than 500 MW of resource capacity in Massachusetts.[50]  As part of this analysis, NREL's modeling did not identify any geothermal build out in Massachusetts through 2050. Any development of enhanced geothermal would not be at a scale to replace the capacity of Vineyard Wind 1 or Revolution Wind and would not come online until after either project's anticipated commercial operation date.

42.     At a total levelized price of 6.5 cents/kWh (in levelized 2017 dollars), the Vineyard Wind 1 project is projected to save Massachusetts ratepayers 3.5 cents/kWh on their monthly

---

[49] St. 1982, c. 503.

[50] Chad Augustine et al., *Enhanced Geothermal Shot Analysis for the Geothermal Technologies Office* (Nat'l Renewable Energy Lab'y Tech. Rpt. 5700-84822, 2023),https://www.nrel.gov/docs/fy23osti/84822.pdf.

electric bills.[51] The price of the Vineyard Wind 1 project is materially below the projected costs of buying the same amount of wholesale energy and RECs in the market, meaning the project will directly save ratepayers money. Additionally, the project offers indirect benefits including energy market price reductions and lower RPS compliance costs through increased REC supply. Ratepayers also receive the benefit of price certainty through a fixed cost contract, which protects ratepayers from price volatility, particularly during winter periods when the market price for energy is set by global commodity prices for fossil fuels. Over the term of the contract, Vineyard Wind 1 is expected to provide total net benefits of approximately $1.4 billion.[52]

43.     The Director's Order will also result in Massachusetts ratepayers losing out on crucial additional power that was poised to lower greenhouse gas and other harmful emissions in New England this winter. Over the life of the project, Vineyard Wind 1 is expected to reduce greenhouse gas emissions by 4.92 million metric tons $CO_2$ equivalent.[53] Following the Director's Order, Vineyard Wind will not be able to complete construction and begin operating the remaining 18 turbines on the project.

44.     Because the contract energy price for the project is particularly advantageous during cold winter months when the electric grid is constrained, Massachusetts ratepayers will have to pay more for power without the project operating at full capacity as planned. Massachusetts ratepayers will pay at least $11 million more in direct wholesale energy market costs between

---

[51] *Petitions for Approval of Proposed Long-Term Contracts for Offshore Wind Energy Pursuant to Section 83C of Chapter 188 of the Acts of 2016*, D.P.U. 18-76, -77, -78 (Aug. 1, 2018), *available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/3106.

[52] *DOER letter in support of Vineyard Wind contracts*, D.P.U. 18-76, -77, -78 (Aug. 1, 2018), *available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/3106.

[53] *Joint Direct Testimony of Jeffery S. Waltman, Timothy J. Brennan, and Lisa S. Glover*, D.P.U. 18-76, -77, -78 (July 31, 2018), *available at* https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/2376.

January and March 2026 alone without the Vineyard Wind project operating at full capacity.[54] For example, Vineyard Wind 1 produced an estimated 146,385 MWh in December 2025, the coldest December in Boston since 2000[55] and a period during which ISO New England energy prices were elevated.

45.     Without the Vineyard Wind 1 project operating at full capacity, Massachusetts ratepayers will also pay approximately $13 million more for RECs to comply with the RPS between January and March 2026.[56] Under Massachusetts' contract with Vineyard Wind 1, ratepayers would be paying $3.45/MWh for RECs, substantially lower than current market prices which are close to the Alternative Compliance Payment level of $40/MWh.

46.     The Director's Order, if left in place, will harm Massachusetts residents and business through increased energy costs and, absent sufficient generation to meet load growth, damage local economic growth.

---

[54] NSTAR Electric Company d/b/a Eversource Energy forecasts energy market prices at $124.94, $105.70, and $62.68 per megawatt-hour in January, February, and March 2026, respectively. *See* Revised Ex. ES-BJO-7 at 3. D.P.U. 25-158 (Dec. 1, 2025), available at https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/12756 . The average energy contract price for Vineyard Wind 1 output is $66.05 per megawatt-hour and Massachusetts ratepayers are credited for power delivered under the PPA where energy market prices exceed energy contract price. The estimated power output of 21 13-megawatt turbines at a 60% capacity factor is 121,867, 110,074, and 121,867 megawatt-hours in January, February, and March 2026, respectively. Direct wholesale market cost benefit is the sum of the product of the difference between energy market prices and energy contract price and the estimated project output across these three months.

[55] Mike Grimala, *Boston just had its second-coldest December in 25 years. Here's why*, Masslive.com (January 2, 2026), https://www.masslive.com/weather/2026/01/boston-shivers-through-second-coldest-december-in-25-years.html#:~:text=Boston's%20arctic%2Dinfused%20mean%20temperature,of%20months%2C%E2%80%9D%20he%20said.

[56] NSTAR Electric Company d/b/a Eversource Energy forecasts energy market prices at $124.94, $105.70, and $62.68 per megawatt-hour in January, February, and March 2026, respectively. *See* Revised Ex. ES-BJO-7 at 3. D.P.U. 25-158 (Dec. 1, 2025), available at https://eeaonline.eea.state.ma.us/dpu/fileroom/#/dockets/docket/12756 . The average REC contract price for Vineyard Wind 1 output is $3.45 per megawatt-hour. The estimated power output of 21 13-megawatt turbines at a 60% capacity factor is 121,867, 110,074, and 121,867 megawatt-hours in January, February, and March 2026, respectively. Direct REC market cost benefit is the sum of the product of the difference between REC market prices and REC contract price and the estimated project output across these three months.

47.    The Director's Order will directly harm employment in the region. The Vineyard Wind 1 project has already created over 3,725 good-paying jobs from its development, construction, and operation and maintenance, ranging from skilled construction workers to those in maintenance and oversight roles.[57]  Workers constructing and operating the Vineyard Wind 1 project, including from the staging port in New Bedford, will face job insecurity due to the Director's Order.

48.    The Director's Order, if left in place, directly undermines approximately $375 million of state investments into offshore wind infrastructure. Massachusetts has invested $140 million to build the country's first offshore wind staging port, the New Bedford Marine Commerce Terminal, and more than $8.2 million to build, as well as an additional $2.9 million to expand, the wind turbine testing facility in Charlestown, Massachusetts. The Massachusetts Clean Energy Center has committed $53 million to expand and improve the New Bedford Marine Commerce Terminal, and awarded an additional $35 million for enabling infrastructure in New Bedford and $75 million to convert a former coal-fired power plant property into the Salem Offshore Wind Terminal, a second staging port that can accommodate floating offshore wind components.

49.    A halt in wind project development jeopardizes good-paying, long-term jobs that the wind industry has already created and plans to create in Massachusetts. Massachusetts is also counting on Vineyard Wind 1 to reduce carbon emissions that are already contributing to harmful climate impacts on residents, businesses, and communities. In addition, Massachusetts is relying on Vineyard Wind 1 to help meet its statutory RPS and offshore wind procurement obligations. In conclusion, offshore wind is a critical energy resource to help reliably and affordably achieve

---

[57] Vineyard Wind 1, *Impact on Jobs and Economic Output: Annual Report 4* (2025).

Massachusetts's energy demands and legislative mandates, while simultaneously reducing our reliance on out-of-state, emission-intensive energy sources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts on January 15, 2026.

Elizabeth Mahony
Commissioner of the Massachusetts
Department of Energy Resources

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/* Jack W. Pirozzolo
Jack W. Pirozzolo