# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1 LLC,<br><br>       *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>       *Defendants*, | Civil Action No.  1:26-cv-10156<br><br>Hon. |

## DECLARATION OF JACK W. PIROZZOLO, ESQ.

I, Jack W. Pirozzolo, hereby depose and say as follows:

1.      I submit this declaration in support of Vineyard Wind's Motion for Temporary Restraining Order and Preliminary Injunction and the accompanying memorandum.  Unless otherwise noted, the statements set forth herein are based on my own personal knowledge.  They are also true to the best of my knowledge, information, and belief as of the date I signed this declaration.

2.      I am a partner with the law firm of Sidley Austin LLP and counsel of record for Vineyard Wind 1 in the above-captioned matter.

3.      Attached hereto as Exhibit 1 is a true and accurate copy of Commercial Lease OCS-A 0501.

4.      Attached hereto as Exhibit 2 is a true and accurate copy of the May 10, 2021 Memorandum from Amanda Lefton, then Director of the Bureau of Ocean Energy Management to James Bennett, then Program Manager of the Office of Renewable Energy Programs re Compliance Review of the Construction and Operations Plan for the Vineyard Wind 1 Offshore

Wind Energy Project for Commercial Lease OCS-A 0501, known as the OCSLA Compliance Memo.

5. Attached hereto as Exhibit 3 is a true and accurate copy of the December 12, 2025 Bloomberg Business Week publication "Nuclear Energy, Fossil Fuels Join Forces Against Wind, Solar" authored by Monte Reel & Mark Chediak.

6. Attached hereto as Exhibit 4 is a true and accurate copy of an excerpt from the January 12, 2026 Transcript of Preliminary Injunction Hearing before the Honorable Royce C. Lamberth in *Revolution Wind, LLC v. Burgum et al.*, No. 1:25-cv-02999 (D.D.C.).

I declare, under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed, January 15, 2026, in the Commonwealth of Massachusetts, United States of America.

>  */s/* Jack W. Pirozzolo
>  Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                                               */s/* Jack W. Pirozzolo
                                                                                                 Jack W. Pirozzolo