| | |
|---|---|
| **From:** | Stevens, Kenneth C |
| **To:** | puneet.verma@avangrid.com |
| **Cc:** | Tyner, Jacob M; Giacona, Matthew N; Danley, Christopher D |
| **Subject:** | [EXTERNAL] Vineyard Wind 1 Safety Work |
| **Attachments:** | image001.png |
| | Outlook-ktmfalgm.png |
| | RE EXTERNAL RE Vineyard Wind 1.msg |

Puneet,

Thank you for reaching out to Matt. I have discussed with BSEE technical personnel this morning. Based on that discussion, I am unable to modify authorizations or denials stated in my email of 12/31/2025 (attached).

Respectfully,

Kenny


Kenneth Stevens

Principal Deputy Director

Exercising the Delegated Authorities of the Director

Bureau of Safety and Environmental Enforcement



**From:** Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Sent:** Wednesday, January 14, 2026 2:31 PM
**To:** Tyner, Jacob M <jacob_tyner@ios.doi.gov>; Danley, Christopher D <christopher.danley@sol.doi.gov>; Stevens, Kenneth C <Kenneth.Stevens@bsee.gov>
**Subject:** Fw: [EXTERNAL] Vineyard Wind 1 Safety Work

FYI - Received just now from VW.

Matt Giacona

Acting Director

Bureau of Ocean Energy Management

www.boem.gov



**From:** VERMA, PUNEET <puneet.verma@avangrid.com>
**Sent:** Wednesday, January 14, 2026 2:26 PM
**To:** Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Subject:** [EXTERNAL] Vineyard Wind 1 Safety Work

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Matt,

I am writing to make sure you were aware of the key risks associated with not installing blades on the remaining 10 hammerheads (i.e., tower and nacelle already in place) for the Vineyard Wind Project. The construction approach for this project is distinct because of the blade replacement process. Vineyard Wind is the only project with turbine hammerheads installed offshore without blades attached.

As outlined in the attached documents, not installing blades on the 10 existing hammerheads creates significant increased health, safety, and environmental risks. Vineyard Wind's assessment of these risks has been verified by BSEE's own Certified Verification Agent (CVA), DNV (see attached DNV Verification). This information was transmitted to BSEE on January 5th and 6th.

The project has a critical window now to finish blade installation and mitigate this risk. As you are aware, vessel availability severely impacts installation timelines. Our first installation vessel will leave this Thursday for another project unless blade installation can advance. Without immediate action, the duration of the unsafe condition of the partially constructed turbines will be significant. This is an urgent and eminent risk that can only be solved by using the current vessels and workable weather windows as efficiently as possible.

Key risks outlined in the attached documents titled "VW Technical Information – Activities Under Suspension Order" include the following:

- **Risk to Human Safety** - Risks of structural integrity, arc flash, fire, marine debris, unsafe work environment and lack of blade monitoring are dangers to the personnel working on the asset and to the mariners and pilots operating in close proximity to the offshore assets.

- **Lighting Protection System -** Each turbine is fitted with a lightening protection system. This system relies on lightening receptors located in the blades to correctly attract and ground any lightning strikes. Without installed blades, there is an increased risk of damage. A lightning strike could cause an undetected fire that could propagate in different ways and cause potential environmental impacts.

- **Humidity Control -** Hammerheads are not designed to be left exposed to the elements, particularly in harsh winter months.  Exposure to humidity and increased saline levels could lead to damage of electrical components and key safety systems including fire prevention and detection, navigation and aviation lights, yaw operations and the electrical safety chain.

Please do not hesitate to reach out if you have any follow-up questions or would like to discuss. Many thanks for your continued attention to this matter.

Regards,
Puneet



**Puneet Verma**
Senior Vice President, Government Affairs

607 14th Street NW, Suite 540, Washington, DC, 20005
(m) 202.430.2591
puneet.verma@avangrid.com

Internal Use

Please consider the environment before printing this email.
If you have received this message in error, please notify the sender and immediately delete this message and any attachment hereto and/or copy hereof, as such message contains confidential information intended solely for the individual or entity to whom it is addressed. The use or disclosure of such information to third parties is prohibited by law and may give rise to civil or criminal liability. The views presented in this message are solely those of the author(s) and do not necessarily represent the opinion of Avangrid Networks, Inc. or any company of its group. Neither Avangrid Networks, Inc. nor any company of its group guarantees the integrity, security or proper receipt of this message. Likewise, neither Avangrid Networks, Inc. nor any company of its group accepts any liability

whatsoever for any possible damages arising from, or in connection with, data interception, software viruses or manipulation by third parties.

| | |
|---|---|
| **From:** | Stevens, Kenneth C |
| **To:** | Klaus Møller |
| **Cc:** | Geri Edens; Giacona, Matthew N; James, Wes R; Fraser, Jonathan B; Craft, Hunter |
| **Subject:** | RE: [EXTERNAL] RE: Vineyard Wind 1 |
| **Attachments:** | image002.jpg |
| | image003.png |

Klaus,

Thank you for your below email and for the time needed to confer with our teams so that we can ensure all ongoing operations meet all conditions of the attached order and are either necessary for emergency situations and/or to prevent impacts to health, safety, and the environment.

After reviewing your request, **please continue, until completion**, with the required removal of the remaining blades as previously identified by my team.

As far as moving forward with any new blade installation, consistent with the activities described in the attached order, **I cannot allow those actions to occur at this time** as these are neither identified as an emergency situation, nor is it a matter that impacts health, safety, and the environment.

As this is an evolving situation, both BOEM and BSEE will continue to work closely with you and your team to ensure compliance with the attached order and in reviewing all submitted mitigation measures.

Please feel free to continue to reach out to BOEM's Acting Director and myself should you have additional questions or requests.

Thank you,

Kenneth Stevens
Acting Director
Bureau of Safety and Environmental Enforcement

**From:** Klaus Møller <kmoeller@vineyardwind.com>

**Sent:** Tuesday, December 30, 2025 5:28 PM
**To:** Giacona, Matthew N <Matthew.Giacona@boem.gov>; Stevens, Kenneth C <Kenneth.Stevens@bsee.gov>
**Cc:** Geri Edens <gedens@vineyardwind.com>
**Subject:** [EXTERNAL] RE: Vineyard Wind 1

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Dear Mr. Giacona and Mr. Stevens:

I am writing to update you on my last email dated December 23, 2025 and our meeting with BOEM today.

As discussed in the meeting today, we are complying with the December 22, 2025, Suspension Order and only performing activities that are (i) "necessary to respond to emergency situations and/or to prevent impacts to health, safety, and the environment"; and (ii) "necessary for the current level of power generation." More specifically, we are continuing to engage in operations on partially installed turbines to remove, replace and/or install blades to ensure that such turbines are in the safest condition; we also continue to produce power at the current levels.

In this regard, we have removed two Canadian blade sets and are ready to remove the last Canadian blade set, consistent with the safety provisions of our permit. We have also finished the installation work on the turbine position that was in the process of being installed as the Order was issued and have brought it to the safest condition.

As discussed today, based on guidance from experts, to ensure the partially installed turbines (so-called "hammerheads") are in the safest condition during this review period, we intend to install the replacement blades that have submitted the necessary inspection documentation to BSEE. After blades are installed, each position will need to be commissioned to ensure critical control and safety systems are operational. Based on design, engineering and safety guidance from our supplier GE Vernova, we intend to complete the described safety related work at every practical opportunity, including during the upcoming weather windows.

The inspection documents for blade set 81a were submitted on December 23rd, and there have been no comments or questions raised; to ensure the safety of the turbine we are planning to install this blade set at position AR39 on or about January 1st as the weather permits.

Vineyard Wind will continue to keep you informed about all safety activities and will provide a more detailed list as soon as possible.

We will send you the names of our personnel with Secret security clearance as soon as possible and sincerely look forward to discussing ideas for a constructive path forward.

BR

Klaus


**Klaus Skoust Møller**
CEO

E-mail: kmoeller@vineyardwind.com
Mobile: +1 (857) 453-9803

---

**From:** Klaus Møller
**Sent:** Tuesday, December 23, 2025 3:11 PM
**To:** 'Matthew.Giacona@boem.gov' <Matthew.Giacona@boem.gov>; 'Kenneth.Stevens@bsee.gov' <Kenneth.Stevens@bsee.gov>
**Cc:** Geri Edens <gedens@vineyardwind.com>
**Subject:** Vineyard Wind 1

Dear Mr. Giacona and Mr. Stevens:

We are writing to acknowledge receipt of Bureau of Ocean Energy Management's (BOEM's) Order dated December 22, 2025 instructing us to suspend all ongoing activities on the Vineyard Wind 1 project for 90 days. We value the close partnership with BOEM and Bureau of Safety and Environmental Enforcement (BSEE) and take your views seriously. We look forward to meeting to discuss at the earliest opportunity and coming forward with a constructive pathway.

In the interim, as permitted under the Order, we will only perform activities (i) "necessary to respond to emergency situations and/or to prevent impacts to health, safety, and the

environment"; and (ii) "necessary for the current level of power generation."

Based on the Construction and Operation Plan approved by BOEM with input and agreement of BSEE, as well as further discussions pursuant to our partnership throughout the past year, we are in process of executing a safety driven plan. Consistent with the plan, this means that we will continue to engage in operations on partially installed turbines to remove, replace and/or install blades and install of one nacelle (as reviewed by BSEE) to ensure that such turbines are in the safest condition in the interim.  We will also engage in commissioning activities that test and prepare critical control and safety systems.  We will not engage in activities that are not tied to health and safety, including installation of new turbines on existing foundations and additional power production beyond the current level of power generation (as reviewed by BSEE), pending our ongoing discussions.

Finally, as permitted in the Order, we will continue to perform activities to maintain the current power production, including routine maintenance and repairs that may arise.

We look forward to meeting with BOEM and BSEE at the earliest opportunity to discuss a constructive pathway forward responsive to the issues raised in the Order.  I understand you are targeting December 29 or 30 for such meeting. We would prefer to meet on December 29 if possible and we will come prepared on these topics and others you would like us to address.

Sincerely,

**Klaus Skoust Møller**
CEO



**Vineyard Wind**
Boston: 75 Arlington Street, 7th Floor (MA 02116)
New Bedford: 700 Pleasant St., suite 510 (MA-02740)

E-mail: kmoeller@vineyardwind.com
Mobile: +1 (857) 453-9803
Main: +1 (508) 717-8964
Web: www.vineyardwind.com