AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Vineyard Wind 1 LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.: 1:26-cv-10156 |
| United States Department of the Interior ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Massachusetts Building Trades Council.

Date: 01/21/2026

*Nicole Horberg Decter* /AGB
*Attorney Signature*

Nicole Horberg Decter- BBO# 658268
*Printed name and bar number*

33 Harrison Avenue, 7th Floor
Boston, Massachusetts 02111
*Address*

ndecter@segalroitman.com
*E-mail address*

(617) 603-1436
*Telephone number*

(617) 742-2187
*FAX number*