AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Vineyard Wind 1 LLC, <br> *Plaintiff* <br> v. <br> United States Department of the Interior <br> *Defendant* | ) ) ) ) ) ) Case No.: 1:26-cv-10156 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Massachusetts Building Trades Council                                       .

Date:   01/21/2026

*Anna Bottrell*
*Attorney Signature*

Anna Bottrell - BBO# 714762
*Printed name and bar number*

33 Harrison Avenue, 7th Floor
Boston, Massachusetts 02111
*Address*

abottrell@segalroitman.com
*E-mail address*

(617) 603-1404
*Telephone number*

(617) 742-2187
*FAX number*