UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>    Defendants. | Civil Action No. 1:26-cv-10156 |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* MASSACHUSETTS BUILDING TRADES COUNCIL, MASSACHUSETTS AFL-CIO, AND CLIMATE JOBS MASSACHUSETTS IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Massachusetts Building Trades Council ("MBTC"), Massachusetts AFL-CIO, and Climate Jobs Massachusetts ("CJMA"), (collectively "Amici") move for leave to file an amicus curiae brief in support of Plaintiff's motion for a temporary restraining order and preliminary injunction.

Amicus MBTC is a statewide labor organization comprising seventy-four (74) local unions, representing 75,000 employees. Amicus Massachusetts AFL-CIO is the Massachusetts branch of the American Federation of Labor and chartered by the national AFL-CIO and the state's largest umbrella labor organization. Amicus Climate Jobs Massachusetts ("CJMA"), a tax-exempt 501(c)(3) organization, is a coalition of local and regional labor unions and related

organizations that collectively represent hundreds of thousands of workers employed in Massachusetts.

Amici have a strong interest in this case. The Massachusetts Building and Construction Trades Council's affiliates with jurisdiction in Southeastern Massachusetts, the Cape and Islands are party to a project-wide collective bargaining agreement, a.k.a. a project labor agreement, covering the Vineyard Wind 1 project ("VW PLA"). Since 2021, thousands (1000s) of MBTC local union affiliates' members have worked on the Vineyard Wind 1 project performing construction on and offshore. Over two hundred (200) MBTC affiliates' members were actively working on the Vineyard Wind 1 project at the time of the Suspension Order. The Massachusetts AFL-CIO's affiliated local unions also represent unionized construction workers who are or were employed on the Vineyard Wind 1 project. Finally, a number of Climate Jobs Massachusetts' coalition labor unions also represent unionized construction workers who were or are employed on the Vineyard Wind 1 project. All three Amici have direct interest in the future of the unionized workers that, but for the Suspension Order, would be completing the Vineyard Wind 1 project and maintaining it thereafter.

The Amici have a unique perspective on this filing, because they understand firsthand what the effects of the Suspension Order have been and will be on the unionized workforce working on the Vineyard Wind 1 project. The Amici's construction labor union affiliates have invested directly and substantially in training for their memberships in the years preceding and during Vineyard Wind 1. In doing so, they have ensured that the unionized construction workers were and remain prepared for offshore wind work. The Amici's affiliate and member construction labor unions negotiated and oversaw the implementation of the Vineyard Wind 1 PLA, and have witnessed the expansive economic and workforce development this project has

generated.  As a result, through their affiliate and member construction labor unions, the Amici are intimately aware of the irreparable damage the Suspension Order will cause if allowed to stand and the construction of Vineyard Wind 1 is ceased for even 90 days, much less indefinitely or permanently.

An amicus brief may "assist the court 'in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision.'" *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (internal citations and quotations omitted), *aff'd*, 807 F.3d 472 (1st Cir. 2015). This case is of great public interest, due to the enormous economic impacts at stake should the Vineyard Wind 1be halted prior to completion. As Amici are prepared to describe, the Vineyard Wind 1 project until December 22, 2026 was employing over 200 unionized construction workers, providing family-sustaining wages and benefits; these jobs will be lost if the Suspension Order is not promptly enjoined.  Therefore, the Amici here offer the proposed brief to the Court to assist on issues which are of the upmost public interest.

In advance of filing this Motion for Leave, Amici conferred with counsel for the Plaintiff Vineyard Wind 1 LLC and the Defendants United States Department of the Interior, *et al*. The Plaintiff consented to the filing of the proposed brief, while the Defendants stated they are not taking any position on this motion.

WHEREFORE, the Court should grant Amici leave to file an amicus curiae brief in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction.

Respectfully submitted,

Dated: January 21, 2026

/s/ Nicole Horberg Decter
/s/ Anna Bottrell
Nicole Horberg Decter, Esq., BBO #658268
Anna Bottrell, BBO #714762
Segal Roitman LLP
33 Harrison Avenue, 7th Floor
Boston, Massachusetts 02111
ndecter@segalroitman.com
abottrell@segalroitman.com
(o) 617-742-0208
(d) 617-603-1436
http://segalroitman.com/attorneys/nicole-horberg-decter/

RULE 7.1 CERTIFICATION

I certify that I have conferred with counsel for all parties. Plaintiff has assented to this motion and Defendant has taken no position on this motion.

/s/ Nicole Horberg Decter
Nicole Horberg Decter

CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Nicole Horberg Decter
Nicole Horberg Decter