**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

VINEYARD WIND 1 LLC,

 Plaintiff,

v.

THE UNITED STATES DEPARTMENT OF
THE INTERIOR *et al.,*

Defendants.

Civil Action No. 1:26-CV-10156

**NOTICE OF PROVIDING CLASSIFIED INFORMATION**
**FOR *EX PARTE* AND *IN CAMERA* REVIEW**

Consistent with the intent stated in Federal Defendants' Opposition to Plaintiffs' Motion

for a Temporary Restraining Order and Preliminary Injunction, Dkt. No. 29, Federal Defendants

notify the parties that Department of Justice security officials have been provided with the

classified declaration of Hon. Dale R. Marks and appended classified materials so that they can

be provided to the Court for *ex parte* and *in camera* review in conjunction with Federal

Defendants' opposition to Plaintiff's motion for preliminary injunction.

Respectfully submitted this 21st day of January 2026,

> STANLEY E. WOODWARD, JR.
> Associate Attorney General
>
> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General
>
> */s/ Peter M. Torstensen Jr.*
> PETER M. TORSTENSEN, JR.
> Deputy Assistant Attorney General
>
> KRISTOFOR R. SWANSON
> (Colo. Bar. No. 39378)

1

_/s/ Luther L. Hajek_
LUTHER L. HAJEK
JOHN K. ADAMS
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9646 (Torstensen)
Telephone: (202) 598-1937 (Swanson)
Telephone: (303) 241-0826  (Hajek)
peter.torstensen@usdoj.gov
kristofor.swanson@usdoj.gov
luke.hajek@usdoj.gov

_Attorneys for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

So certified this 21st day of January 2026 by

*/s/ Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice