United States District Court
District of Massachusetts

| | |
|---|---|
| Vineyard Wind 1, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>United States Department of the Interior et al,<br><br>    Defendant. | Civil Action No.<br>26-10156-NMG |

ORDER

GORTON, J.

Before the Court is a Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 3) of plaintiff Vineyard Wind 1, LLC. A hearing on this motion currently scheduled for Friday, January 23, 2026, at 11:00 A.M. is hereby cancelled and the case is returned to the Clerk of the Court for reassignment, pursuant to Local Rule 40.1(j)(1).

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: January 21, 2026