**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINEYARD WIND 1 LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> *Defendants*. | Civil Action No. 1:26-cv-10156-BEM |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as an attorney for the proposed amicus curiae, the Commonwealth of Massachusetts, in the above-captioned matter.

Dated: January 23, 2026

Respectfully Submitted,

THE COMMONWEALTH OF
MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General of the Commonwealth of
Massachusetts

*/s/ Nathaniel Haviland-Markowitz*
Nathaniel Haviland-Markowitz, BBO No.
713940
  *Assistant Attorney General*
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(347) 463-7595
Nathaniel.haviland-markowitz@mass.gov

**CERTIFICATE OF SERVICE**

I, Jon Whitney, hereby certify that I have this day, January 23, 2026, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

/s/ *Nathaniel Haviland-Markowitz*
Nathaniel Haviland-Markowitz
Assistant Attorney General
Commonwealth of Massachusetts