**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINEYARD WIND 1 LLC,<br><br>     *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>     *Defendants*. | Civil Action No. 1:26-cv-10156-BEM |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of the undersigned as an attorney for the proposed amicus curiae, the Commonwealth of Massachusetts, in the above-captioned matter.

Dated: January 23, 2026

Respectfully Submitted,

THE COMMONWEALTH OF MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General of the Commonwealth of Massachusetts

/s/ Turner Smith
Turner Smith, BBO No.684750
  *Deputy Chief & Assistant Attorney General*
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
Turner.Smith@mass.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Turner Smith, hereby certify that I have this day, January 23, 2026, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

/s/ *Turner Smith*
Turner Smith
Assistant Attorney General
Commonwealth of Massachusetts