IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1 LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>*Defendants*, | Case No.: 1:26-cv-10156-BEM<br><br>**Leave to file granted on January 26, 2026** |

## SUPPLEMENTAL DECLARATION OF KLAUS SKOUST MOELLER

I, Klaus Skoust Moeller, declare under penalty of perjury as follows:

1. I am the Chief Executive Officer of Vineyard Wind 1, LLC ("Vineyard Wind"). In this capacity, I oversee all aspects of company operations, including construction, commissioning, and commercial operations of the Vineyard Wind 1 offshore wind project (the "Project").

2. I have reviewed the Federal Defendants Opposition to Vineyard Wind's Motion for Temporary Restraining Order and Preliminary Injunction and the declaration of the Principal Deputy Director of the Bureau of Safety and Environmental Enforcement ("BSEE") within the Department of the Interior ("DOI") Kenneth Stevens, and the exhibits thereto. Dkt. 20. My statements in this Supplemental Declaration are based on my personal knowledge, my experience, my consultation with others, and/or are known to me in my capacity as CEO of Vineyard Wind. These statements are true to the best of my knowledge, information, and belief as of the date of this Supplemental Declaration.

3. The federal defendants are correct that in July 2024 a blade on one of the turbines failed and debris from the blade fell into the water and that the cause of the blade failure was due

1

to a manufacturing defect at the GE Vernova manufacturing facility in Gaspe, Canada. Dkt. 18-5 at 5. This caused a delay in construction, which federal defendants suggest is the same as the current situation.  But that delay is irrelevant to the existential harm facing the Project now because the factual circumstances are very different. When the blade failure occurred, Vineyard Wind had almost two years before its obligations under its Power Purchase Agreements needed to be met. Now, Vineyard Wind faces a deadline of May 2026, which is just a few months away. Vineyard Wind also has no discernable prospect of completing the Project because it is facing the imminent risk of losing access to *Sea Installer* which is contracted only through March 31, 2026.

4. The lenders have questioned the financial viability of the Project in light of the Order, and on January 23, 2026, the lenders' administrative agent sent a letter reserving the right to assert that "(i) a Default arises from the BOEM Order as of December 22, 2025 and (ii) the BOEM Order constitutes an Event of Default after any applicable cure periods" under the credit agreement.

Executed on January 24, 2026.

_____
Klaus Skoust Moeller

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 26th day of January 2026, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system and served on anticipated counsel for Defendants via electronic mail.

                                                                   /s/ Jack W. Pirozzolo
                                                                   Jack W. Pirozzolo