# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1 LLC, | ) |
|          Plaintiff, | ) ) ) |
|     v. | ) Case No. 1:26-cv-10156-BEM ) ) Hon. Brian E. Murphy |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | ) ) ) |
|          Defendants. | ) ) |

## NOTICE OF APPEARANCE OF MATTHEW C. BREWER

Please enter the appearance of Matthew C. Brewer of Sidley Austin LLP, 1501 K Street, N.W., Washington, DC 20005, as counsel of record to Vineyard Wind 1 LLC in the above-captioned matter.

Dated: January 26, 2026

Respectfully submitted,

/s/ Matthew C. Brewer
Matthew C. Brewer (D.C. Bar No. 493939)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8749
mbrewer@sidley.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of January 2026, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

/s/ Matthew C. Brewer
Matthew C. Brewer