UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

*Vineyard Wind 1 LLC*

        *Plaintiff*

        *vs.*        Case No.: 1:26-cv-10156

*United States Department of the Interior, et al.*

        *Defendants*

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Vineyard Wind 1, LLC's Complaint for Declaratory and Injunctive Relief; Corporate Disclosure Statement; Vineyard Wind 1, LLC's Motion for Temporary Restraining Order and Preliminary Injunction; Vineyard Wind 1, LLC's Unopposed Motion for Leave to File a Memorandum in Excess of 20 Pages; Declaration of Klaus Skoust Moeller with Exhibits; Declaration of Steven Simkins with Exhibits; Declaration of Javier Hortiguela; Declaration of Howard David Belote with Exhibits; Declaration of Bruce K. Carlisle; Declaration of Elizabeth Mahony; and Declaration of Jack W. Pirozzolo, Esquire*

*SERVE TO: The Attorney General of the United States, United States Department of Justice*

*SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to The Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 01/16/2026 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 8369 77. Service was signed for on 01/22/2026, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on <u>01/28/2026</u>*

*[signature]*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 070593-10020-59450*
*Job #:14994063*

UNITED STATES POSTAL SERVICE

January 22, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 8369 77**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | January 22, 2026, 4:47 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
|  | Up to $100 insurance included |
| Recipient Name: | U S  ATTORNEY GENERAL |

**Recipient Signature**

Signature of Recipient: [signature image]

Address of Recipient: [JUSTICE 20530]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 14994063