IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1 LLC, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No.: 1:26-cv-10156-BEM |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | |
| INTERIOR, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's direction at the January 27, 2026 hearing on Plaintiff's motion for a temporary restraining order and preliminary injunction, as modified by the Court's February 2, 2026 order, and consistent with Local Rule 7.1(a)(2), the parties have conferred and hereby submit a proposed briefing schedule as follows:

<u>Administrative Record</u>

- **March 6, 2026**. The Federal Defendants shall certify and submit the administrative record.

- **March 20, 2026**. The Plaintiff shall file any objections to the record.

- **March 27, 2026**. The Federal Defendants shall respond to the Plaintiff's objections.

- **April 10, 2026**. The Plaintiff shall file any motion to supplement the record. Any motion to supplement the record will vacate the summary judgment briefing schedule below, and the parties must jointly propose a new schedule within five days of the Court resolving the motion to supplement the record.

<u>Summary Judgment Briefing</u>

- **April 10, 2026**. The Plaintiff shall file its motion for summary judgment and accompanying memorandum of law.

- **May 15, 2026**. The Federal Defendants shall file its response in opposition to the Plaintiff's motion for summary judgment and any cross-motion for summary judgment.

1

- **June 5, 2026**. The Plaintiff shall file its combined reply in support of its motion for summary judgment and response in opposition to the Federal Defendant's cross-motion for summary judgment.

- **June 26, 2026**. The Federal Defendants shall file their reply in support of their cross-motion for summary judgment.

Dated: February 2, 2026                                                       Respectfully submitted,

| | |
|---|---|
| STANLEY E. WOODWARD, JR.<br>Associate Attorney General<br><br>ADAM R.F. GUSTAFSON<br>Principal Deputy Assistant Attorney General<br><br>PETER M. TORSTENSEN, JR.<br>Deputy Assistant Attorney General<br><br>KRISTOFOR R. SWANSON<br>(Colo. Bar. No. 39378)<br><br>*/s/ Luther L. Hajek*<br>LUTHER L. HAJEK<br>JOHN K. ADAMS<br>Natural Resources Section<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 598-9646 (Torstensen)<br>Telephone: (202) 353-5905 (Adams)<br>Telephone: (202) 598-1937 (Swanson)<br>Telephone: (303) 241-0826 (Hajek)<br>peter.torstensen@usdoj.gov<br>john.adams3@usdoj.gov<br>kristofor.swanson@usdoj.gov<br>luke.hajek@usdoj.gov<br>*Attorneys for Defendants* | /s/ Jack W. Pirozzolo<br>Jack W. Pirozzolo (BBO # 564879)<br>SIDLEY AUSTIN LLP<br>60 State Street, 36th Floor<br>Boston, MA 02109<br>(617) 223-0304<br>jpirozzolo@sidley.com<br><br>Peter C. Whitfield (*pro hac vice*)<br>Richard W. Smith (*pro hac vice*)<br>Kathleen Mueller (*pro hac vice*)<br>Matthew C. Brewer (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, DC 20005<br>(202) 736-8000<br>pwhitfield@sidley.com<br>rwsmith@sidley.com<br>kmueller@sidley.com<br>mbrewer@sidley.com<br><br>Brooklyn Hildebrandt (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>350 S. Grand Avenue<br>Los Angeles, CA 90071<br>(213) 896-6007<br>bhildebrandt@sidley.com<br>*Counsel for Vineyard Wind 1 LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Jack W. Pirozzolo

                                              Jack W. Pirozzolo