# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1 LLC, )<br>)<br>   *Plaintiff*, )<br>)<br> v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, *et al.* )<br>)<br>   *Defendants*. ) | Case No.: 1:26-cv-10156-BEM |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that the parties shall adhere to the following schedule:

**March 6, 2026**. The Federal Defendants shall certify and submit the administrative record.

**March 20, 2026**. The Plaintiff shall file any objections to the record.

**March 27, 2026**. The Federal Defendants shall respond to the Plaintiff's objections.

**April 10, 2026**. The Plaintiff shall file any motion to supplement the record.

**April 14, 2026 at 11:30 a.m**. Status Conference set remotely by Zoom.


                 */s/ Brian E. Murphy*
                 United States District Judge

DATED:  February 5, 2026