U.S. Bureau of Ocean Energy Management
Administrative Record
March 6, 2026

| Bates Range (Filename) | VW1 Title | Date | Author | Notes |
|---|---|---|---|---|
| AR0001-AR0002.pdf | Bureau of Ocean Energy Management Acting Director's Order regarding suspension of ongoing activities for 90 days for reasons of national security | December 22, 2025 | Giacona, Matthew. Acting Director, U.S. Department of the Interior, Bureau of Ocean Energy Management. | |
| AR0003-AR0009.pdf | Response to Matthew Giacona Data Call request for "DOD Information": Vineyard Wind 1 Alternatives extracted from the Final Environmental Impact Statement | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0010-AR0014.pdf | Response to Matthew Giacona Data Call request for "DOD Information": Stipulations and Conditions Related to the interests of the Department of Defense | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0015-AR0016.pdf | Email from Joshua Gange to staff regarding instructions for the Matthew Giacona Data Call assignment | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0017-AR0017.pdf | Email from Joshua Gange to staff regarding instructions for the Matthew Giacona Data Call assignment | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0018-AR0019.pdf | Offshore Wind Operations | December 8, 2025 | U.S. Department of the Interior, Bureau of Safety and Environmental Management | |
| AR0020-AR0020.pdf | Impact of Offshore Wind Projects on Land-Based Radar | November 30, 2025 | Wischer, Greg. Deputy Chief of Staff - Policy, U.S. Department of the Interior. | |
| AR0021-AR0021.pdf | Map depicting lease areas | November 1, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0022-AR0029.pdf | Determination of NEPA Adequacy and Assessment under Other Statutes | January 17, 2025 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior. | |
| AR0030-AR0152.pdf | Conditions of Construction and Operations Plan Approval (Amended) and Letter | January 17, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0153-AR0179.pdf | Construction and Operations Plan Addendum | December 5, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0180-AR0295.pdf | Conditions of Construction and Operations Plan Approval and Letter | July 15, 2021 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0296-AR0337.pdf | Update on the Efforts of the Wind Turbine Radar Interference Mitigation Working Group | February 1, 2024 | U.S. Department of Energy | |
| AR0338-AR0493.pdf | Record of Decision: Vineyard Wind 1 Offshore Wind Energy Project Construction and Operations Plan | May 10, 2021 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0494-AR0838.pdf | Vineyard Wind Project: Construction and Operations Plan Volume I | September 30, 2020 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0839-AR1080.pdf | Vineyard Wind Project: Construction and Operations Plan Volume II-A | October 22, 2018 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR1081-AR1773.pdf | Vineyard Wind Project: Construction and Operations Plan Volume III | June 3, 2020 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR1774-AR2125.pdf | Vineyard Wind 1 Offshore Wind Energy Project: Final Environmental Impact Statement Volume I | March 12, 2021 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR2126-AR2767.pdf | Vineyard Wind 1 Offshore Wind Energy Project: Final Environmental Impact Statement Volume II | March 12, 2021 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR2768-AR3401.pdf | Vineyard Wind 1 Offshore Wind Energy Project: Final Environmental Impact Statement Volume III | March 12, 2021 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR3402-AR4195.pdf | Vineyard Wind 1 Offshore Wind Energy Project: Final Environmental Impact Statement Volume IV | March 12, 2021 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4196-AR4291.pdf | Wind Turbine Generator Impacts to Marine Vessel Radar | February 1, 2022 | National Academies of Sciences, Engineering, and Medicine. | |
| AR4292-AR4331.pdf | Coastal High Frequency Radar Wind Turbine Interference Mitigation | December 1, 2021 | Trockel D., Trockel J., Whelan C. | |
| AR4332-AR4332.pdf | Draft Letter from Military Aviation and Installation Assurance Siting Clearinghouse to BOEM | August 7, 2020 | Sample, Steven. Executive Director. Military Aviation and Installation Assurance Siting Clearinghouse | |

| File | Description | Date | Author |
|---|---|---|---|
| AR4333-AR4334.pdf | Final Letter from Military Aviation and Installation Assurance Siting Clearinghouse to BOEM | September 29, 2020 | Sample, Steven. Executive Director. Military Aviation and Installation Assurance Siting Clearinghouse |
| AR4335-AR4531.pdf | Radar Interference Analysis for Renewable Energy Facilities on the Atlantic Outer Continental Shelf | August 1, 2020 | Colburn R., Randolph C., Drummond C., Miles M., Brody F., McGillen C., Krieger A., Jankowski R., |
| AR4532-AR4580.pdf | Impact Assessment and Mitigation of Offshore Wind Turbines on High Frequency Coastal Oceanographic Radar | August 1, 2018 | Trockel D, Rodriguez-Alegre I, Barrick D, Whelan C. |
| AR4581-AR4626.pdf | Amendment and Restatement of Renewable Energy Lease OCS-A 0501 | January 15, 2020 | U.S. Department of the Interior, Bureau of Ocean Energy Management |
| AR4627-AR4630.pdf | Email correspondence between David MacDuffee, Meredith Lilley, and Brandi Carrier (BOEM) and Michael Lignowski (Military Aviation Installation Assurance Siting Clearinghouse) regarding the final National Security Conditions for the VW1 COP Approval | June 15, 2021 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4631-AR4633.pdf | Email from David MacDuffee (BOEM) to Michael Lignowski and Steven Sample (Military Aviation Installation Assurance Siting Clearinghouse) regarding DoD's review of the final National Security Conditions for the VW1 COP Approval | June 7, 2021 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4634-AR4636.pdf | Attachment to Email: Final National Security Conditions (tracked) | June 7, 2021 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4637-AR4639.pdf | Attachment to Email: Final National Security Conditions (clean) | June 7, 2021 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4640-AR4642.pdf | Email correspondence between David MacDuffee, Meredith Lilley, and Brandi Carrier (BOEM) and Michael Lignowski (Military Aviation Installation Assurance Siting Clearinghouse) regarding DoD's review of the DRAFT National Security Conditions for the VW1 COP Approval | May 12, 2021 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4643-AR4645.pdf | Attachment to Email: DoD Revisions to DRAFT National Security Conditions | May 12, 2021 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4646-AR4646.pdf | Email from Meredith Lilley (BOEM) to Michael Lignowski (Military Aviation Installation Assurance Siting Clearinghouse) requesting DoD's review of the DRAFT National Security Conditions for the VW1 COP Approval | February 22, 2021 | Lilley, Meredith. Energy Program Specialist, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4647-AR4648.pdf | Attachment to Email: DRAFT National Security Conditions | February 22, 2021 | Lilley, Meredith. Energy Program Specialist, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4649-AR4649.pdf | Email from David MacDuffee (BOEM) to Steven Sample (Military Aviation Installation Assurance Siting Clearinghouse) regarding the Hold Harmless Lease Stipulation | August 20, 2020 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4650-AR4655.pdf | Email from David MacDuffee (BOEM) to Steven Sample (Military Aviation Installation Assurance Siting Clearinghouse) requesting DoD's second review of the VW1 COP | May 6, 2020 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |
| AR4656-AR4659.pdf | Email correspondence between David MacDuffee (BOEM) and Frederick Engle (Military Aviation Installation Assurance Siting Clearinghouse) regarding DoD's first review of the VW1 COP | September 14, 2018 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior |

| | | | | |
|---|---|---|---|---|
| AR4660-AR4663.pdf | Email correspondence between Meredith Lilley and David MacDuffee (BOEM) and Frederick Engle and Christopher Koury (Military Aviation Installation Assurance Siting Clearinghouse) regarding DoD's first review of the VW1 COP | July 31, 2018 | Lilley, Meredith. Energy Program Specialist, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior | |
| AR4664-AR4665.pdf | Vineyard Wind 1 Project Summary | November 24, 2025 | U.S. Department of Interior | |
| AR4666-AR4667.pdf | Vineyard Wind 1 - OCS-A 0501 - Concerns and Mitigations | May 9, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4668-AR4674.pdf | First Amendment to Vineyard Wind 1 Offshore, Mitigation Agreement | August 4, 2023 | U.S. Department of Defense | |