

**U.S. Department of Justice**

Environment and Natural Resources Division

90-1-4-18094

*Denver Field Office*
*999 18th Street*
*North Terrace, Suite 600*
*Denver, CO 80202*

*Telephone (303) 241-0826*
*Facsimile (303) 844-1350*

March 6, 2026

*Via Federal Express*

Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
Tel: (617) 748-9152

    Re:    *Vineyard Wind 1 LLC v. U.S. Dept. of the Interior*, No. 1:26-cv-10156-BEM

Dear Sir or Madam,

    Enclosed for manual filing is a flash drive containing the U.S. Bureau of Ocean Energy Management's administrative record in the above captioned case. We have included a second flash drive as a courtesy copy of the administrative record for the chambers of the Honorable Brian E. Murphy. Defendants' Notice of Conventional Filing of the U.S. Bureau of Ocean Energy Management's Administrative Record is enclosed for reference.

    Thank you for your assistance with this filing. Please contact me with any questions.

                              Sincerely,

                              */s/ Luther L. Hajek*
                              Luther L. Hajek
                              Tel: (303) 241-0826

Enclosure