**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| VINEYARD WIND 1 LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF THE INTERIOR *et al.,* <br><br> Defendants. | Civil Action No. 1:26-CV-10156 |

**FEDERAL DEFENDANTS' RESPONSE TO VINEYARD WIND 1 LLC'S OBJECTION TO U.S. DEPARTMENT OF THE INTERIOR'S PROPOSED RECORD**

Federal Defendants U.S. Department of the Interior *et al.* submitted the administrative record to the Court on March 6, 2026. *See* Fed. Defs.' Notice of Conventional Filing of the U.S. Bureau of Ocean Energy Management's Administrative Record, Dkt. No. 86. Plaintiff Vineyard Wind 1 LLC filed its objections to the record on March 20, 2026. *See* Vineyard Wind 1 LLC's Objection to U.S. Department of the Interior's Proposed Record ("Objection"), Dkt. No. 89. Federal Defendants hereby respond to the issues raised in Vineyard Wind's Objection.

Vineyard Wind objects to the inclusion of three documents on the grounds that they post-dated the challenged Suspension Order, which was issued on December 22, 2025. *See* Objection ¶ 3. Federal Defendants note that each of those documents is also dated December 22, 2025, but Vineyard Wind argues that the documents, nevertheless, could not have been considered by the decision-maker because the Suspension Order was issued at 8:00 a.m. EST on that date, and the

1

other documents were created later in the day.  Federal Defendants address each of the documents in turn.

1.　　　AR0003-09.  This is a compilation of text and diagrams from the Final EIS for the Vineyard 1 Project.  The Final EIS was issued in March 2021.[1]  The excerpted pages include information about the project design envelope, alternatives, maps, and layout diagrams.  Staff within the U.S. Department of the Interior's Office of Renewable Energy Programs ("OREP") compiled the documents for purposes of including them in the administrative record upon request on December 22, 2025.  The excerpted materials from the Final EIS were considered by the relevant decision-makers prior to the Suspension Order being finalized.  OREP staff compiled the documents after the Suspension Order was issued so that the documents would be available for inclusion in the administrative record.  Because the documents were considered by the decision-maker before Interior issued the Suspension Order, they should be included in the administrative record.

2.　　　AR0015-16 and AR0017.  These are emails sent from Josh Gange (OREP staff) on the afternoon of December 22, 2025, requesting that other OREP staff compile and "condense" information relevant to BOEM's interactions with the Department of War for five offshore wind projects and other basic information about the projects. All the information that OREP staff collected in response to that request reflected information that decision-makers had considered prior to issuing the suspension orders, and that the request to condense the information was made merely to speed the process of having a record ready to produce and in order to have conveniently available files for reference after the Suspension Order was issued.

---

[1] The EIS for the Vineyard Wind Project is available at: https://www.boem.gov/renewable-energy/state-activities/vineyard-wind-1 (last visited Mar. 25, 2026).

3.      Mitigation Agreement.  Vineyard Wind objects that, although drafts of the April 6, 2022 Mitigation Agreement between the Department of [War], the U.S. Air Force, and Vineyard Wind Addressing the Vineyard Wind 1 Offshore Wind Energy Project Near Martha's Vineyard, Massachusetts, the final version was not included in the record.  Objection ¶ 4.  Federal Defendants do not object to including the final Mitigation Agreement in the administrative record and will add it to the record.

Respectfully submitted this 27th day of March 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

JOHN K. ADAMS
Senior Counsel and Chief of Staff

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
KRISTOFOR R. SWANSON
(Colo. Bar. No. 39378)
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-1937 (Swanson)
Telephone: (303) 241-0826  (Hajek)
kristofor.swanson@usdoj.gov
luke.hajek@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

So certified this 27th day of March 2026 by

*/s/ Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice