**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

VINEYARD WIND 1 LLC,

 Plaintiff,

 v.

THE UNITED STATES DEPARTMENT OF
THE INTERIOR *et al.,*

Defendants.

Civil Action No. 1:26-CV-10156

**FEDERAL DEFENDANTS' NOTICE OF FILING OF A SUPPLEMENT TO THE U.S. BUREAU OF OCEAN ENERGY MANAGEMENT'S ADMINISTRATIVE RECORD**

Federal Defendants United States Department of the Interior *et al.* hereby provide notice of the filing of a Supplement to the United States Bureau of Ocean Energy Management's (BOEM) Administrative Record.  Plaintiff Vineyard Wind 1 LLC requested that BOEM correct the date on one document, AR 4332, and BOEM did so and it is the first attachment hereto.  And in its Objection to U.S. Department of the Interior's Proposed Record, Dkt. No. 89, Plaintiff requested that BOEM add the final version of the April 6, 2022 Mitigation Agreement between the Department of Defense, the Untied States Air Force, and Vineyard Addressing the Vineyard Wind 1 Offshore Wind Energy Project Near Martha's Vineyard, Massachusetts.  BOEM agreed to add the final version of the mitigation agreement, AR 4675-92, and it is the second attachment hereto. The updated certification of the record is the final attachment.

Respectfully submitted this 10th day of April 2026,

STANLEY E. WOODWARD, JR.

1

Associate Attorney General

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

KRISTOFOR R. SWANSON
(Colo. Bar. No. 39378)

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
JOHN K. ADAMS
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9646 (Torstensen)
Telephone: (202) 598-1937 (Swanson)
Telephone: (303) 241-0826  (Hajek)
peter.torstensen@usdoj.gov
kristofor.swanson@usdoj.gov
luke.hajek@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filings to the attorneys of record for Plaintiffs and all other parties, who have registered with the Court's CM/ECF system.

So certified this 10th day of April 2026 by

*/s/ Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice