

# OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE
### 3500 DEFENSE PENTAGON
### WASHINGTON, DC  20301-3500

SUSTAINMENT

7 August, 2020

David MacDuffee
Chief, Projects and Coordination Branch
Bureau of Ocean Energy Management (BOEM)
Office of Renewable Energy Programs

Dear Mr. MacDuffee,

As requested, the Military Aviation and Installation Assurance Siting Clearinghouse coordinated within the Department of Defense (DoD) a review of the Vineyard Wind Offshore Wind Construction and Operations Plan (COP), Commercial Lease OCS-A 0501.  The results of our review identified concerns for United States Air Force (USAF) 104th Fighter Wing, the North American Aerospace Defense Command (NORAD) homeland defense radar and Department of the Navy (DON).

The Project, as described in the COP, will adversely impact the 104th Fighter Wing's ability to train in Warning Area 105 (W-105).  Request BOEM coordinate with the USAF in de-conflicting impacts to training in W-105.

- USAF POC:  Jamie Flanders:  jamie.a.flanders.civ@mail.mil;  240-612-9253

Also, the project will adversely impact two radars used by NORAD for homeland defense; the Nantucket Air Surveillance Radar (ASR-9) and the Falmouth ASR-8.  DoD requests BOEM coordinate efforts with the developer in de-conflicting impacts to NORAD such as moving the project beyond the Radar Line-of-Sight, adjusting project to ensure overlapping coverage or aid NORAD in seeking voluntary contributions from the developer to perform Radar Adverse impact Management protocols on each radar after the project is operational to mitigate the adverse impacts resulting from wind turbine-radar interference.

- NORAD POC: Frederick Shepherd: frederick.l.shepherd.civ@mail.mil; 719-556-3260

Lastly, DoD requests BOEM coordinate with the Department of the Navy (DON) regarding the route and landing location of any planned power cables to de-conflict any potential impacts to DON missions in ranges used for testing and training.

- DON POC: Matthew Senska: matthew.senska@navy.mil; 703-614-2201

Thank you for the opportunity to coordinate on this COP.  We are providing the contact information for the affected missions to facilitate open discussion, but the Clearinghouse retains oversight when you require DoD input.  If you have any questions, please contact me at steven.j.sample4.civ@mail.mil or at 703-571-0076.

Sincerely,

Steven J. Sample
Deputy Director
Military Aviation and Installation
Assurance Siting Clearinghouse

AR4332