**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINEYARD WIND 1 LLC,<br><br> Plaintiff,<br><br> v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR *et al.,*<br><br>Defendants. | Civil Action No. 1:26-CV-10156 |

**ADMINISTRATIVE RECORD CERTIFICATION**

1. I, Matthew Giacona, am the Principal Deputy Director of the Bureau of Ocean Energy Management ("BOEM") within the Department of the Interior ("Department"). I also have served in a temporary capacity as the Bureau's Acting Director since approximately July 2025. I have served as Principal Deputy Director since May 18, 2025. Prior to this role, I served as Senior Advisor to the Secretary of the Interior from March 24, 2025, to May 17, 2025.

2. As part of my responsibilities as the Principal Deputy Director of BOEM, I oversee BOEM's review, approval, regulation and oversight of offshore wind projects in federal waters on the U.S. outer continental shelf.  On December 22, 2025 I issued the suspension order to Vineyard Wind 1 LLC ("the suspension order").  Preceding that decision, I coordinated with officials in the Department, and I reviewed and considered relevant information provided by BOEM staff as well as information that the Department received from the Department of War.

3. I previously certified the Administrative Record in this matter on March 3, 2026.  It has

come to my attention that one document was inadvertently omitted from the Administrative Record Index that accompanied the previous certification.  That document accompanies this certification as an exhibit.

4.  I certify, to the best of my knowledge and belief and based on discussions with staff in the Department and BOEM, that the documents identified in the previously certified Administrative Record and the document accompanying this certification constitute BOEM's Administrative Record for the suspension order.

Dated: April 10, 2026

MATTHEW GIACONA

Digitally signed by MATTHEW GIACONA
Date: 2026.04.10 16:16:07 -04'00'

Matthew N. Giacona
Principal Deputy Director
Bureau of Ocean Energy Management
Department of the Interior