# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINEYARD WIND 1 LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:26-cv-10156-BEM |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The Parties hereby submit this Status Report in advance of the April 14, 2026 status conference set in this case.

1.    On February 5, 2026, the Court entered a scheduling order regarding the administrative record. Those deadlines have since passed, and issues regarding the record have been resolved.

2.    The Parties respectfully submit that the case is now ready to proceed to merits briefing and will propose the following dispositive-motion schedule, which follows the same timeline as the schedule previously contemplated and agreed to by the parties, ECF No.83-1, but extends the deadlines by approximately ten weeks to accommodate the now-commenced record review period:

**June 18, 2026**. The Plaintiff shall file its motion for summary judgment and accompanying memorandum of law.

**July 23, 2026**. The Federal Defendants shall file their response in opposition to the Plaintiff's motion for summary judgment and any cross-motion for summary judgment.

**August 13, 2026**. The Plaintiff shall file its combined reply in support of its motion for summary judgment and response in opposition to the Federal Defendants' cross-

motion for summary judgment.

**September 3, 2026**. The Federal Defendants shall file their reply in support of their cross-motion for summary judgment.

3.    The Parties reserve the right to confer and submit a revised schedule if the circumstances change in the future.

| | |
|---|---|
| Date:  April 13, 2026 | Respectfully submitted, |
| | |
| STANLEY E. WOODWARD, JR. | /s/ Jack W. Pirozzolo |
| Associate Attorney General | Jack W. Pirozzolo (BBO # 564879) |
| | Robert D. Capodilupo (BBO # 714648) |
| ADAM R.F. GUSTAFSON Principal Deputy | SIDLEY AUSTIN LLP |
| Assistant Attorney General | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| PETER M. TORSTENSEN, JR. | (617) 223-0304 |
| Deputy Assistant Attorney General | jpirozzolo@sidley.com |
| | rcapodil@sidley.com |
| KRISTOFOR R. SWANSON | |
| (Colo. Bar. No. 39378) | Peter C. Whitfield (pro hac vice) |
| | Richard W. Smith (pro hac vice) |
| /s/ Luther L. Hajek | Kathleen Mueller (pro hac vice) |
| LUTHER L. HAJEK | Matthew C. Brewer (pro hac vice) |
| JOHN K. ADAMS | SIDLEY AUSTIN LLP |
| Natural Resources Section | 1501 K STREET, N.W. |
| Environment & Natural Resources Division | WASHINGTON, DC 20005 |
| U.S. Department of Justice | (202) 736-8000 |
| P.O. Box 7611 | pwhitfield@sidley.com |
| Washington, D.C. 20044-7611 | rwsmith@sidley.com |
| Telephone: (202) 598-9646 (Torstensen) | kmueller@sidley.com |
| Telephone: (202) 353-5905 (Adams) | mbrewer@sidley.com |
| Telephone: (202) 598-1937 (Swanson) | |
| Telephone: (303) 241-0826  (Hajek) | Brooklyn Hildebrandt (*pro hac vice*) |
| peter.torstensen@usdoj.gov | SIDLEY AUSTIN LLP |
| john.adams3@usdoj.gov | 350 S. Grand Avenue |
| kristofor.swanson@usdoj.gov | Los Angeles, CA 90071 |
| luke.hajek@usdoj.gov | (213) 896-6007 |
| | bhildebrandt@sidley.com |
| | |
| *Attorneys for Defendants* | *Counsel for Vineyard Wind 1 LLC* |