**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINEYARD WIND 1 LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:26-cv-10156-BEM |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE | ) |
| INTERIOR, *et al.* | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The Parties hereby submit this Joint Status Report in advance of the May 28, 2026 status conference set in this case.

1.      On April 14, 2024, the Court directed the parties to confer as to whether this case is moot and file a joint status report outlining their respective positions. *See* Minute Entry (Apr. 14, 2026), ECF No. 93.  The Court also directed Plaintiff to "address from their position why the case is not moot." *Id.*

2.      Plaintiff Vineyard Wind 1 LLC ("Vineyard Wind") maintains that this case is not moot. Defendants have not withdrawn the December 22, 2025 Suspension Order.  Although the initial 90-day suspension period has expired, the Order itself has no expiration date and absent a stay or vacatur from this Court expressly allows BOEM to "further extend the 90-day suspension period." Moreover, certain activity targeted by the December 22, 2025 Suspension Order remains on going.  While Plaintiff has completed installation of the components of the Project, additional work to achieve full operations remains.  Such work would fall within the scope of the suspension that targeted "all ongoing activities."  Additionally, Defendants may interpret the December 22, 2025 Suspension Order to permit suspension of operations of those wind turbine generators

constructed after December 22, 2025.  Vineyard Wind therefore continues to have a concrete interest in a declaratory judgment that BOEM may not suspend Project activities on the record before this Court. Because that relief would affect the parties' legal interests, a live controversy remains. Defendants, therefore, cannot demonstrate that this case is moot.

3.    As directed in the Court's Order, Vineyard Wind is submitting a supplemental memorandum of law in support of its position that this case is not moot.

4.    Federal Defendants' position is that the case is moot.  Vineyard Wind filed suit challenging the Bureau of Ocean Energy Management's order, which suspended activities related to the Vineyard Wind Project.  *See* December 22, 2025 Director's Order ("Suspension Order"), Dkt. No. 19-3.  The Suspension Order directed Vineyard Wind to cease construction of the project, but it permitted Vineyard Wind to "continue any activities from those wind turbines that are necessary for generating the current level of power."  *Id.* at 1.  Plaintiffs filed a motion for a temporary restraining order, and the Court granted it.  *See* January 27, 2026 Electronic Order, Dkt. No. 71.  The Suspension Order expired under its own terms on March 23, 2026. *See* Suspension Order at 1.  At the status conference on April 14, 2026, Vineyard Wind's counsel informed the Court that construction of the project had now been completed.  BOEM indicated that the Suspension Order was temporary for purposes of coordination "to determine whether the national security threats relating to this project can be mitigated" before deciding whether further action was necessary.  *Id.* at 1.  That review remains ongoing.  But any further order could not suspend construction activities given that construction is complete.  In light of these developments, the case is now moot.  *See Harris v. Univ. of Mass., Lowell*, 43 F.4th 187, 191 (1st Cir. 2022) ("A suit becomes moot when the issues presented are no longer live or the parties lack a cognizable interest in the outcome.") (citation modified).

5.    If the Court determines that the case is not moot, the Parties respectfully submit the following dispositive-motion schedule, which follows the same timeline as the schedule previously contemplated and agreed to by the parties, *see* Joint Status Report (Apr. 13, 2026), ECF No. 92, but extends the deadlines by approximately six weeks to account for the intervening period devoted to briefing the mootness issue:

**July 30, 2026**. The Plaintiff shall file its motion for summary judgment and accompanying memorandum of law.

**September 15, 2026**. The Federal Defendants shall file their response in opposition to the Plaintiff's motion for summary judgment and any cross-motion for summary judgment.

**October 6, 2026**. The Plaintiff shall file its combined reply in support of its motion for summary judgment and response in opposition to the Federal Defendants' cross-motion for summary judgment.

**October 27, 2026**. The Federal Defendants shall file their reply in support of their cross-motion for summary judgment.

Date:  May 12, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

ADAM R.F. GUSTAFSON Principal Deputy
Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

KRISTOFOR R. SWANSON
(Colo. Bar. No. 39378)

/s/ Luther L. Hajek
LUTHER L. HAJEK
JOHN K. ADAMS
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice

Respectfully submitted,

 /s/ *Peter C. Whitfield*
Jack W. Pirozzolo (BBO # 564879)
Robert D. Capodilupo (BBO # 714648)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com
rcapodil@sidley.com

Peter C. Whitfield (pro hac vice)
Richard W. Smith (pro hac vice)
Kathleen Mueller (pro hac vice)
Matthew C. Brewer (pro hac vice)
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005
(202) 736-8000

P.O. Box 7611
Washington, D.C. 20044-7611  Telephone: (202) 598-9646 (Torstensen) Telephone: (202) 353-5905 (Adams) Telephone: (202) 598-1937 (Swanson) Telephone: (303) 241-0826 (Hajek) peter.torstensen@usdoj.gov
john.adams3@usdoj.gov
kristofor.swanson@usdoj.gov
luke.hajek@usdoj.gov
*Attorneys for Defendants*

pwhitfield@sidley.com
rwsmith@sidley.com
kmueller@sidley.com
mbrewer@sidley.com

Brooklyn Hildebrandt (*pro hac vice*)
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
(213) 896-6007
bhildebrandt@sidley.com

*Counsel for Vineyard Wind 1 LLC*