**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| VINEYARD WIND 1 LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:26-cv-10156-BEM |
| v. | ) | |
| | ) | Hon. Brian E. Murphy |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**VINEYARD WIND 1 LLC'S MOTION**
**FOR LEAVE TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(b)(3), Plaintiff Vineyard Wind 1 LLC ("Vineyard Wind") respectfully moves for leave to file a reply memorandum in support of its Memorandum of Law Addressing Mootness. The proposed reply memorandum is attached as Exhibit A. In support of this motion, Vineyard Wind states as follows:

1.      On April 14, 2026, the Court directed the parties to confer as to whether this case is moot and file a joint status report outlining their respective positions. *See* Minute Entry (Apr. 14, 2026), ECF No. 93. The Court also directed Vineyard Wind to "address from their position why the case is not moot." *Id.*

2.      On May 12, 2026, the parties submitted their joint status report. ECF No. 95. Vineyard Wind filed its Memorandum of Law Addressing Mootness that same day. ECF No. 96.

3.      On May 13, 2026, the Court ordered the Defendants to respond to Vineyard Wind's Memorandum. The Defendants filed their response on May 22. In their response, the Defendants argue that this case is moot because the initial 90-day suspension period has expired

and, in their view, the challenged Order applied only to construction activities that have since been completed.

4.      Vineyard Wind seeks leave to file a short reply memorandum, not exceeding six pages, to address discrete points raised in the Defendants' opposition regarding the scope of the Order and the state of Vineyard Wind's operations. The proposed reply memorandum is narrowly confined to responding to arguments raised in Defendants' opposition.

5.      Moreover, because the "burden of showing mootness is on the defendant," *Calvary Chapel of Bangor v. Mills*, 52 F.4th 40, 47 (1st Cir. 2022) (citing *Bos. Bit Labs, Inc. v. Baker*, 11 F.4th 3, 8 (1st Cir. 2021)), Vineyard Wind should be afforded the opportunity to respond to Defendants' affirmative arguments as to why it believes this case is moot.

6.      Allowing the proposed reply memorandum will not prejudice Defendants and will serve the interests of justice. Defendants will have a full and fair opportunity to address the reply at the hearing scheduled for May 28, 2026, and/or as otherwise directed by the Court.

7.      Vineyard Wind has conferred with the Defendants regarding this motion, and the Defendants do not oppose the relief requested.

For the foregoing reasons, Vineyard Wind respectfully requests that the Court grant this Motion for Leave and direct the Clerk to docket the proposed reply attached as Exhibit A.

Dated: May 27, 2026                                  Respectfully submitted,

                                                     /s/ *Jack W. Pirozzolo*
                                                     Jack W. Pirozzolo (BBO # 564879)
                                                     Robert D. Capodilupo (BBO # 714648)
                                                     SIDLEY AUSTIN LLP
                                                     60 State Street, 36th Floor
                                                     Boston, MA 02109
                                                     (617) 223-0304
                                                     jpirozzolo@sidley.com
                                                     rcapodil@sidley.com

2

Peter C. Whitfield (*pro hac vice*)
Richard W. Smith (*pro hac vice*)
Kathleen Mueller (*pro hac vice*)
Matthew C. Brewer (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
pwhitfield@sidley.com
rwsmith@sidley.com
kmueller@sidley.com
mbrewer@sidley.com

Brooklyn Hildebrandt (*pro hac vice*)
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
(213) 896-6007
bhildebrandt@sidley.com

*Counsel for Vineyard Wind 1 LLC*

3

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for the Plaintiff certifies that, pursuant to Local Rule 7.1(a)(2), counsel has conferred with counsel for the Defendants in a good-faith effort to resolve or narrow the issues raised by this motion. The Defendants do not oppose the motion.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jack W. Pirozzolo*

Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com
