**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINEYARD WIND 1 LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:26-cv-10156-BEM |
| v. | ) |
| | ) Hon. Brian E. Murphy |
| UNITED STATES DEPARTMENT OF THE | ) |
| INTERIOR, *et al.* | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Plaintiff Vineyard Wind 1 LLC's Motion for Leave to File Reply Memorandum is

**GRANTED**. The Plaintiff may file its reply memorandum, attached as Exhibit A to the motion,

within 1 day of this Order.

SO ORDERED.


Dated: May __, 2026


_____
HONORABLE BRIAN E. MURPHY
UNITED STATES DISTRICT JUDGE