**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| VINEYARD WIND 1 LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>Defendants. | ) | Case No.: 1:26-cv-10156-BEM |

**JOINT STATUS REPORT AND PROPOSAL TO EXTEND STAY**

The Parties hereby submit this Status Report in accordance with the Court's direction during the status conference held remotely on May 28, 2026. Dkt No. 100. The Court stayed this case through August 26, 2026. *Id.* The Parties jointly propose to stay this case for an additional 90 days, through November 30, 2026.

1. On April 14, 2026, the Court directed the parties to confer as to whether this case is moot and file a joint status report outlining their respective positions. *See* Minute Entry (Apr. 14, 2026), Dkt No. 93.

2. Plaintiff Vineyard Wind 1 LLC ("Vineyard Wind") maintained that its challenge to the December 22, 2025 Suspension Order issued by the Bureau of Ocean Energy Management ("BOEM"), Dkt No. 19-3, is not moot for the reasons presented in its May 12, 2026 brief and May 27, 2026 reply memorandum addressing mootness. *See* Dkt Nos. 96, 99. Vineyard Wind continues to have a concrete interest in a declaratory judgment that BOEM may not suspend Project activities on the record before this Court and thus contends the case is not moot.

3. Federal Defendants maintained that the case is moot for the reasons presented in their May 22, 2026 memorandum of law. *See* Dkt No. 98. BOEM indicated that the Suspension

Order was temporary for purposes of coordination "to determine whether the national security threats relating to this project can be mitigated" before deciding whether further action was necessary. Dkt. No. 19-3 at 1. That review remains ongoing. Federal Defendants contend the case is moot.

4. Notwithstanding their opposing positions on the issue of mootness, the Parties agree to an extension of the current stay for an additional 90 days. A stay would allow the Parties to consider whether and how to move forward in this case, informed by BOEM's ongoing review.

Date: August 27, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

ADAM R.F. GUSTAFSON Principal Deputy
Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

KRISTOFOR R. SWANSON
(Colo. Bar. No. 39378)

/s/ Kristofor R. Swanson
LUTHER L. HAJEK
JOHN K. ADAMS
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9646 (Torstensen)
Telephone: (202) 353-5905 (Adams)
Telephone: (202) 598-1937 (Swanson)
Telephone: (303) 241-0826 (Hajek)
peter.torstensen@usdoj.gov
john.adams3@usdoj.gov
kristofor.swanson@usdoj.gov
luke.hajek@usdoj.gov

*Attorneys for Defendants*

/s/ Peter C. Whitfield
Jack W. Pirozzolo (BBO # 564879)
Robert D. Capodilupo (BBO # 714648)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com
rcapodil@sidley.com

Peter C. Whitfield (pro hac vice)
Richard W. Smith (pro hac vice)
Kathleen Mueller (pro hac vice)
Matthew C. Brewer (pro hac vice)
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005
(202) 736-8000
pwhitfield@sidley.com
rwsmith@sidley.com
kmueller@sidley.com
mbrewer@sidley.com

Brooklyn Hildebrandt (*pro hac vice*)
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
(213) 896-6007
bhildebrandt@sidley.com

*Attorneys for Vineyard Wind 1 LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August 2026, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on Defendants' counsel of record via the Court's electronic filing system.

Dated: August 27, 2026

*/s/ Peter C. Whitfield*
Peter C. Whitfield